B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NovaVision, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-2053285** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3651 FAU Boulevard, Suite 300**<br>**Boca Raton, FL**<br>ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**NovaVision, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **NovaVision, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Marc P. Barmat**
Signature of Attorney for Debtor(s)

**Marc P. Barmat 0022365**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**

_____
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**April 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Holger Weis**
Signature of Authorized Individual

**Holger Weis**
Printed Name of Authorized Individual

**Vice President and Chief Financial Officer**
Title of Authorized Individual

**April 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **NovaVision, Inc.** _____ ,
                     Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 23 | 393,606.92 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 29 | | 60,850.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 5,841,302.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 82 | | | |
| Total Assets | | | 393,606.92 | | |
| Total Liabilities | | | | 5,902,153.64 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **NovaVision, Inc.**
_____,
                          Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **NovaVision, Inc.**                                         ,          Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **NovaVision, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions Bank As Agent for Oxford Finance Corp & Atel Ventures Inc Collateral Account for NovaVision, Inc. Acct #0095 Bal a/o 4/15/10** | - | 0.00 |
| | | | **Regions Bank Oxford Finance Corp & Atel Ventures Inc. (Collateral Acct for NovaVision, Inc., Rudy Mazzoccchi and Holger Weis) Acct #3326 bal a/o 4/15/10** | - | 19,606.58 |
| | | | **Regions Bank Oxford Finance Corp & Atel Ventures Inc. Collateral Account for Novavision Inc., Rudy Mazzoccchi and Holger Weis Acct #3318 bal a/o 4/15/10** | - | 8,984.61 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous office art** | - | Unknown |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total >  | **28,591.19** |
|---|---|---|
|  | (Total of this page) | |

__4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **NovaVision, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Novavision Therapy, Inc.** **Location: 3651 FAU Boulevard, Suite 300, Boca Raton FL 33431** **Wholly owned subsidiary** | - | **Unknown** |
| | | **Novavision AG** **Location: Klausenerstrasse 12, 39112 Magdeburg, Germany** **Wholly owned foreign subsidiary** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **NovaVision, Inc.**
                                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | | **Tan Tock Seng Hospital Pte Ltd**<br>**Att: Edmund Yeo (Ops Manager)**<br>**11 Jalan Tan Tock Seng Road, Singapore, China**<br>**308433**<br>**Amt owed: unknown**<br><br>**Merrimack Vision Care**<br>**Att:  Pam Hall**<br>**401 DW Highway**<br>**Merrimack, NH 03054**<br>**Amt owed: $2200**<br><br>**James A. Haley VA Hospital**<br>**Dept of Veterans Affairs**<br>**PO Box 149971**<br>**Austin, TX 78714**<br>**Amt owed:  $1100**<br><br>**Eye Institute for Medicine and Surgery**<br>**Att: Jerry Orloff/Michael Mandese**<br>**1995 West Nasa Blvd, Suite 200**<br>**Melbourne, FL 32904**<br>**Amt owed: $5342.40**<br><br>**Ireland Army Community Hospital**<br>**Att:  William A. Murrey**<br>**289 Ireland Ave, Bldg 851**<br>**Fort Knox, KY 40121**<br>**Amt owed:  $4200**<br><br>**NYS Insurance Fund**<br>**Att:  Kathy Pelton, RN**<br>**1 Waterliet Ave Ext**<br>**Albany, NY 12206-1649**<br>**Amt owed:  $1150** | - | 13,992.40 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **13,992.40**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **NovaVision, Inc.**

,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See B #22 attached list. | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See B #28 attached list. | - | 351,023.33 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See B #29 attached list. | - | 0.00 |
| 30. Inventory. | | See B #30 attached list. | - | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >  351,023.33
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **NovaVision, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 393,606.92 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**PATENTS**
**SCHEDULE B #22**

**SCHEDULE B #22**

# Intellectual Property

## NovaVision Assignee (U.S only listed):

U.S. Patent 6,464,356:   Process & Device to Induce Neuroplasticity
U.S. Patent 7,367,671:   Method of Optical Stimulation
U.S. Patent 7,594,728:   Device for Diagnosing and Providing Therapy
U.S. Patent 7,642,990:   Optical Fixation (Chin-rest)
Appl. #20080024725:   Dynamic stimuli
Appl. #20060283466:   Retinal Dysfunctions (AMD)
Appl. #20070038142:   Head-mounted Display
Appl. #20070182928:   Alternate pathways stimulation
Appl. #20070216865:   Additional Method & System Claims
Appl. #20080013047:   Macular Remapping
Appl. #20080043201:   Dynamic Fixation Stimuli for Visual Therapy
Appl. #20080024724:   Sine-wave Pattern Fixation Stimuli for Therapy
Appl. #20080077437:   Patient compliance
Appl. #20080177352   Opto-electrical Vision Stimulation Therapy

Confidential

NovaVision

# OFFICE EQUIPMENT FURNISHINGS AND SUPPLIES USED
## SCHEDULE B #28

**SCHEDULE B #28**

NovaVision Inventory

| Description | QTY |
| --- | --- |
| Dell P4 Desktops | 14 |
| Dell Core 2 Duo Desktops | 3 |
| Dell 17" LCD | 13 |
| Dell 19" LCD | 7 |
| Dell 20" LCD | 4 |
| Dell Precision Desktop | 2 |
| Dell Laptops | 5 |
| Dell PowerEdge 2650 Xeon Server | 3 |
| Dell PowerEdge 750 Celeron Server | 2 |
| Dell PowerEdge 2500 | 1 |
| Dell PowerEdge 1800 | 2 |
| Dell PowerEdge sc1430 | 1 |
| IBM G41 Laptops Celeron | 200 |
| IBM G40 Laptops | 2 |
| NovaVision LCD w/Mini computer on Stand | 27 |
| NovaVision LCD on Stand | 4 |
| NovaVision Mini Computers | 7 |
| NovaVision HP LCD VP15 w/stand | 22 |
| NovaVision Advantech 15" LCD POC-S155 All-In-One System CE marked approved | 35 |
| Xenarc 8" Touch Screen LCD 800tsv | 12 |
| Seagate 160GB 2.5" Hard Drive | 86 |
| Advantech Mini PC Motherboard PCM-3372F | 170 |
| NovaVision HMP System | 8 |
| Avaya Phone System (2)IP400 Digital System, (1)IP403 Office | 1 |
| Avaya Phone 6408D+ | 11 |
| Avaya Phone 4406D+ | 10 |
| Avaya Phone 4424D+ | 1 |
| Avaya Phone 5410 | 1 |
| Polycom ViewStation w/Sony TV | 1 |
| Polycom Soundstation 2W | 1 |
| Firebox Watchguard x1250e Core | 1 |
| Netgear Prosafe 24-Port GS724t | 2 |
| InFocus Projector | 1 |
| HP 4200 LaserJet | 1 |
| HP 3700 LaserJet | 1 |
| Hp 2600N | 1 |
| HP 1012 & 1018 | 7 |
| Samsung 22" LCD | 1 |
| Cubicals 10-Section | 1 |
| 4-Section | 3 |
| 3-Section | 2 |
| 1 Section | 1 |
| Office chairs | 50 |

| | |
|---|---|
| Chairs | 40 |
| Conference Tables | 2 |
| L-Shaped Desks | 8 |
| Executive Desks | 5 |
| Leather Chairs | 7 |

acknowledged receipt of a copy of
This report.

Holyn Ulin

# MACHINERY FIXTURES EQUIPMENT AND
# SUPPLIES USED IN BUSINESS
# SCHEDULE B #29

**SCHEDULE B #29**

| Account | Status | Name | Revision Number | Asset Version | SerialNumber | Status | Modify date | Family | Type | ModifyUser |
|---|---|---|---|---|---|---|---|---|---|---|
| A B Sea Vision Therapy Centers, LLC | Active | 48 Device | VISTA 5.2 | | NU5ZC094 | Shipped | 4/20/2009 | 48 | | Matter, Brady |
| Abdelkayem, Dayren | Active | 48 Device | VRT 6.0 | | NU5ZC239 | Shipped | 7/24/2009 | 48 | | Carciello, Susi |
| Abington Memorial Hospital | Active | Advantech VRT Device | VIDIT 5.0 (71.75-1825) | | NU5SZC011 | Shipped | 2/26/2008 | 28 | | Matter, Becky |
| Ahern, Michael | Inactive | IBM ThinkPad G41 | VISTA 3.5+ | | L3NC085 | Shipped | 7/27/2005 | V0334 | | Fitzgerald, Jim |
| Ahern, Michael | Inactive | Mouse | | | NU5Z0106 | Shipped | 10/4/2005 | Microsoft Basic CM | Hardware | Dougherty, Matt |
| Alcoa, Ash | Active | 48 Device | VISTA 5.2 | | NU5Z0106 | Shipped | 3/24/2009 | 28 | | Matter, Becky |
| Albert Einstein College of Medicine | Prospective | Hewlett Packard Printer | | | 4600-160WD | Shipped | 12/23/2004 | Hewlett Packard Printer | Hardware | Development, Product |
| Albert Einstein Medical Center | Active | Hewlett Packard Printer | | | CN4AE3107 | Shipped | 9/17/2008 | Hewlett Packard Printer | Hardware | Development, Product |
| Almeida, Barbara | Inactive | Mouse | | | 930809 | Shipped | 10/1/2008 | Microsoft Basic CM | Hardware | Admin, Office |
| Anderson, Charles | Active | 48 Device | VISTA 5.2 | | NU5Z0211 | Shipped | 9/3/2009 | 48 | | Carciello, Susi |
| Andreasccia, Angelo | Active | 48 Device | VRC 6.0 | | NU5Z0169 | Shipped | 9/28/2009 | 48 | | Carciello, Susi |
| Ang, Kim Guan | Inactive | Mouse | | | 610123 | Shipped | 9/28/2005 | Microsoft Basic CM | Hardware | Admin, Office |
| Arnold, Karen | Active | 48 Device | VRT 6.0 | | NU5Z0161 | Shipped | 8/19/2009 | 48 | | Carciello, Susi |
| Arnold, Walker | Inactive | 48 Device | VRT 6.0 | | NU5Z0125 | Shipped | 11/4/2009 | 45 | | Finance |
| Astoria VA Medical Center | Active | AMD Research Device | AMD Research | | AMD01 | Shipped | 5/24/2076 | AMD | | Fitzgerald, Jim |
| Bajans, Brian | Active | 42 Device | VRC 6.0 | | NU5Z0112 | Shipped | 12/29/2009 | 48 | | Carciello, Susi |
| Baleti, Wayne | Active | 42 Device | VRC 6.0 | | NU5Z0137 | Shipped | 7/28/2009 | 48 | | Carciello, Susi |
| Bascom Palmer Eye Institute/University of Miami | Active | 48 Device | VISTA 5.2 | | NU5Z0574 | Shipped | 2/1/2009 | 48 | | Matter, Becky |
| Bascom Palmer Eye Institute/University of Miami | Active | Advantech VRT Device | VIDIT 5.0 (71.75-1825) | | NU5Z0002 | Shipped | 12/28/2007 | 28 | | Matter, Becky |
| Bascom Palmer Eye Institute/University of Miami | Active | VRT Stand II | AMD Research | | DTHR-3370 | Shipped | 9/1/2008 | Hexirest | | Matter, Brady |
| Bascom Palmer Eye Institute/University of Miami | Active | IBM ThinkPad G41 | AMD Research | | L3DC129 | Shipped | 8/7/2008 | V3334 | | Matter, Becky |
| Bascom Palmer Eye Institute/University of Miami | Active | VRT Stand | VISTA 4.3 (6197-1117) | | DTHR-0411 | Shipped | 11/15/2005 | January 2004 | | |
| Bascom Palmer Eye Institute/University of Miami | Active | Color Bubble Jet Printer 2250 | | | F80LC5500 | Shipped | 11/15/2005 | February 2004 | | |
| Bascom Palmer Eye Institute/University of Miami | Active | Belkin F8E206-BLK | | | 0330727 | Shipped | 11/15/2005 | February 2004 | | |
| Bascom Palmer Eye Institute/University of Miami | Active | Belkin F8E206-BLK | | | 0330747 | Shipped | 11/15/2005 | February 2004 | | Development, Product |
| Bascom Palmer Eye Institute/University of Miami | Active | Hewlett Packard Printer | | | THH6BA16078 | Shipped | 11/15/2005 | Hewlett Packard Printer | Hardware | Development, Product |
| Bascom Palmer Eye Institute/University of Miami | Active | Mouse | | | 9623035 | Shipped | 11/15/2005 | Microsoft Basic CM | Hardware | Development, Product |
| Bascom Palmer Eye Institute/University of Miami | Active | IBM ThinkPad G40 | VISTA 4.3 (6197-1117) | | 2053852 | Shipped | 11/14/2005 | Microsoft Basic CM | Hardware | Gozar, Michele |
| Bascom Palmer Eye Institute; Palm Beach | Active | AMD Research Device | AMD Research | | KMB6642 | Shipped | 2/7/2008 | V3314 | | Maras, Becky |
| Bascom Palmer Eye Institute; Palm Beach | Active | 48 Device | VRT 6.0 | | AM0005 | Shipped | 1/31/2008 | AMD | | Carciello, Susi |
| Bauer, Vaurita | Active | VRT Stand II | VISTA 4.3 (6197-1117) | | NU5ZC047 | Shipped | 7/30/2009 | 43 | | Finance |
| Belliveau, Andre | Active | IBM ThinkPad G41 | VISTA 4.2 (6197-1117) | | L3IC133 | Shipped | 8/31/2007 | V0514 | | Dougherty, Matt |
| Belliveau, Andre | Active | VRT Stand II | VISTA 4.2 (6197-1117) | | DTHR-1090 | Shipped | 8/31/2007 | Hexirest | | First ste |
| Beth Israel Deaconess Medical Center | Active | IBM ThinkPad G41 | | | L3NC081 | Shipped | 12/1/2007 | V0534 | | Dougherty, Matt |
| Beth Israel Deaconess Medical Center | Active | IBM ThinkPad G41 | | | L3IC221 | Shipped | 5/12/2006 | V0534 | | Administrator |
| Beth Israel Deaconess Medical Center | Active | IBM ThinkPad G41 | VIDIT 3.0 (7179-1825) | | L3IC145 | Shipped | 4/18/2006 | V0334 | | Fitzgerald, Jim |
| Beth Israel Deaconess Medical Center | Active | IBM ThinkPad G41 | VISTA 4.3 (6197-1117) | | L3IC012 | Shipped | 1/17/2007 | V0534 | | Firstste |
| Beth Israel Deaconess Medical Center | Active | AMD Research Device | AMD Research | | AM0306 | Shipped | 3/14/2008 | AMD | | Fitzgerald, Jim |
| Beth Israel Deaconess Medical Center | Active | AMD Research Device | AMD Research | | AM7308 | Shipped | 8/22/2008 | AMD | | Matter, Becky |
| Beth Israel Deaconess Medical Center | Active | Advantech VRT Device | VIDIT 5.0 (7179-1825) | | NU5Z0042 | Shipped | 4/2/2008 | 28 | | Dougherty, Matt |
| Beth Israel Deaconess Medical Center | Active | Advantech VRT Device | VIDIT 5.0 (7179-1325) | | NU5Z0093 | Shipped | 11/27/2007 | 28 | | Finance |
| Biggs, Raymond | Inactive | IBM ThinkPad G41 | FOM Research | | L3IC012 | Shipped | 10/1/2008 | V0334 | | Matter, Becky |
| Biggs, Raymond | Active | VRT Stand II | VRT 6.0 | | DTHR-1222 | Shipped | 10/1/2008 | Hexirest | | Matter, Becky |
| Bittich, Robert | Active | 45 Device | VRT 6.0 | | NU5Z0106 | Shipped | 10/9/2008 | 48 | | Carciello, Susi |
| Black, Barbara | Active | 45 Device | VISTA 5.2 | | NU5Z0104 | Shipped | 5/22/2009 | 46 | | Matter, Becky |
| Blair, Thomas | Inactive | VRT Stand II | | | DTHR-0179 | Shipped | 3/29/2007 | Hexirest | | Dougherty, Matt |
| Blary, Jacob | Active | 48 Device | VISTA 5.2 | | NU5Z0079 | Shipped | 12/31/2008 | 4B | | Carciello, Susi |
| Brihali, Anton | Inactive | VRT Stand II | FOM Research | | DTHR-1178 | Shipped | 9/1/2009 | Hexirest | | Matter, Becky |
| Bothell, Anton | Inactive | IBM ThinkPad G40 | FOM Research | | 59N0333 | Shipped | 5/2/2009 | V0534 | | Matter, Becky |
| Eox, David | Active | IBM ThinkPad G41 | VISTA 4.3 (6197-1117) | | L3NC226 | Shipped | 8/22/2008 | V0534 | | Matter, Becky |
| Eox, David | Active | VRT Stand II | VISTA 4.3 (6197-1117) | | DTHR-1321 | Shipped | 8/22/2008 | Hexirest | | Matter, Becky |
| Bozai, Matthew | Active | 48 Device | VISTA 5.0 | | NU5Z0499 | Shipped | 10/14/2008 | 46 | | Carciello, Susi |
| Broceslac, Victor | Active | VRT Stand II | VISTA 5.0 | | NU5ZC171 | Shipped | 10/15/2009 | 48 | | Carciello, Susi |
| Broderick, Connie | Active | VRT Stand II | | | DTHR-1103 | Shipped | 10/20/2008 | Hexirest | | Matter, Becky |
| Broderick, Odonole | Active | IBM ThinkPad G41 | InPatient Device | | L3IC116 | Shipped | 5/1/2009 | V0334 | | Chroback, Susi |
| Burke Rehabilitation Ho. ed | Active | IBM ThinkPad G41 | InPatient Device | | NU5SZ004 | Shipped | 9/12/2009 | InPatient | | Carciello, Susi |
| Burke Rehabilitation Ho. ed | Active | IBM ThinkPad G41 | InPatient Device | | NU5SR0005 | Shipped | 9/14/2009 | InPatient | | Matter, Becky |
| Burke Rehabilitation Hospital | Active | Experient Headrest | | | NU5Z2099 | Shipped | 2/1/2010 | 48 | | Fitzgerald, Jim |
| Bush, Etha | Inactive | AMD Express | AMD Research | | AMD357 | Shipped | 8/26/2008 | AMD | | Carciello, Susi |
| Cantrell, Ewing | Inactive | AMD Research Device | AMD Research | | AM0026 | Shipped | 6/30/2008 | AMD | | Matter, Becky |

| Account | Status | Name | Revision Number | ApacVersion | SerialNumber | Status | Modifiedate | Family | Type | Modifieduser |
|---|---|---|---|---|---|---|---|---|---|---|
| Cantelli, Ewing | Inactive | IBM ThinkPad G40 | AMD Research | | LBWM525 | Shipped | 6/30/2008 | V031-4 | | Matter, Becky |
| Carson, Eleanor | Active | AMD Express | AMD Research | | AMD548 | Shipped | 11/4/2008 | AMD | | Cantellela, Susi |
| Carroll, David | Active | 48 Device | VRT 6.0 | | NU520144 | Shipped | 2/2/2022 | 48 | | Fitzgerald, Jim |
| Catterson, William | Inactive | Mouse | | | 610768 | Shipped | 8/19/2008 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| Charles, Sean | Active | IBM ThinkPad G40 | VISTA-4.3 (E297-1117) | | kW0453N | Shipped | 4/16/2008 | VISTA | Hardware | Matter, Becky |
| Charles, Sean | Active | VRC Stand II | VISTA-4.3 (E297-1117) | | DTHR-2244 | Shipped | 4/16/2008 | Headrest | Hardware | Matter, Becky |
| Chio, Kok | Inactive | Mouse | | | 989819 | Shipped | 12/6/2008 | Microsoft Basic OM | Hardware | Finance |
| Chien-Huei, Hsu | Inactive | VRC Stand II | | | DTHR-2159 | Shipped | 8/1/2007 | Headrest | | Rivera, Alexandria |
| Cheng, Jenny | Inactive | Mouse | | | 70X262 | Shipped | 7/4/2008 | Microsoft Basic OM | Hardware | Admin, Office |
| Chua, Soon Ngee | Inactive | Mouse | | | 431117 | Shipped | 8/28/2008 | Microsoft Basic OM | Hardware | Admin, Office |
| Cincinnati Eye Institute | Prospective | Mouse | | | 349644 | Shipped | 6/28/2008 | Microsoft Basic OM | Hardware | Finance |
| Cincinnati Eye Institute | Prospective | VRT Stand II | | | DTHR-2252 | Shipped | 6/28/2008 | Headrest | | Finance |
| Cobhra, Bryan | Active | 48 Device | VISTA 5.2 | | NU520273 | Shipped | 2/7/2009 | 48 | | Matter, Becky |
| Cobhra, Larry | Active | 48 Device | VISTA 5.2 | | NU520194 | Shipped | 7/26/2009 | 48 | | Matter, Becky |
| Connell, Ellen | Active | AMD Express | AMD Research | | AMD501 | Shipped | 9/19/2009 | AMD | | Cantellela, Susi |
| Corn, Wallace | Active | 49 Device | VRT 6.0 | | AMO545 | Shipped | 7/29/2009 | 48 | | Cantellela, Susi |
| Cordnea, Carmen | Active | 43 Device | VRT 6.0 | | NU520490 | Shipped | 10/22/2008 | 48 | | Cantellela, Susi |
| Cox, William | Active | 43 Device | VISTA 3.2 | | KU520277 | Shipped | 9/17/2009 | 48 | | Cantellela, Susi |
| CR Vision in Motion | Active | AMD Headrest | AMD Research | | AMO377 | Shipped | 2/23/2009 | AMD | | Matter, Becky |
| CR Vision in Motion | Active | 48 Device | VISTA 3.2 | | NU523081 | Shipped | 1/7/2005 | 43 | | Matter, Becky |
| CX Vision in Motion | Active | AMD Express | AMD Research | | LROC234 | Shipped | 2/23/2009 | AMD | | Matter, Becky |
| D'Ambrosio Eye Care | Active | IBM ThinkPad G41 | AMD Research | | LBAPC05 | Shipped | 7/8/2009 | V0814 | | Cantellela, Susi |
| D'Ambrosio Eye Care | Active | AMD Express | AMD Research | | AMD078 | Shipped | 7/9/2009 | AMD | | Cantellela, Susi |
| D'Ambrosio Eye Care | Active | AMD Express | AMD Research | | AM2548 | Shipped | 7/9/2009 | AMD | | Cantellela, Susi |
| Dean McGee Eye Institute | Active | 48 Device | VISTA 3.2 | | NU520035 | Shipped | 2/3/2009 | 48 | | Matter, Becky |
| Dental Memorial Hospital | Active | Accutech VRT Device | VIST 4.3 (7129-1825) | | NU521049 | Shipped | 1/30/2008 | 28 | | Matter, Becky |
| Dennou Satellite | Active | AMC2 Express | AMC2 Material | | AMO525 | Shipped | 12/24/2009 | AMC | | Cantellela, Susi |
| DePaul, Steve | Inactive | 43 Device | VISTA 3.2 | | NU520296 | Shipped | 2/27/2009 | 48 | | Cantellela, Susi |
| Diga, Tomahonić | Active | AMD Express | AMO Research | | AMO587 | Shipped | 9/29/2008 | AMC | | Finance |
| Doheny Eye Institute, Palm Springs | Prospective | VRT Stand II | AM 3 Research | | DTHR-2382 | Shipped | 9/1/2003 | Headrest | | Marzey, Becky |
| Doheny Eye Institute, USC University Hospital | Active | VRT Stand II | AM 3 Research | | DTHR-2250 | Shipped | 9/4/2008 | VISTA | Hardware | Dougherty, Matt |
| Doheny Eye Institute, USC University Hospital | Active | IBM ThinkPad G41 | VIDT 4.5 (E285-2770) | | UTHR-2164 | Shipped | 3/24/2106 | Headrest | Hardware | Dougherty, Matt |
| Doheny Eye Institute, USC University Hospital | Active | VRT Stand II | AMD Research | | LBAO129 | Shipped | 5/24/2105 | V0314 | Hardware | Dougherty, Matt |
| Doheny Eye Institute, USC University Hospital | Active | Mouse | | | DTHR-2164 | Shipped | 5/24/2106 | Microsoft Basic OM | Hardware | Rivera, Alexandria |
| Drolia, Abhisek | Active | IBM ThinkPad G41 | VISTA 3.2 | | 70X427 | Shipped | 9/30/2009 | VISTA | | Matter, Becky |
| Drolia, Abhinci | Active | VRT Stand II | | | LBAP013 | Shipped | 9/30/2109 | Headrest | | Matter, Becky |
| Dukham, Taylor | Active | 46 Device | VISTA 4.1 | | DTHR-2162 | Shipped | 2/7/2208 | 48 | | Matter, Becky |
| Dye, Philip | Active | 45 Device | VISTA 3.2 | | NU520241 | Shipped | 5/26/2106 | 48 | | Matter, Becky |
| Edwards, Kathryn | Inactive | 45 Device | VISTA 4.3 | | NU520227 | Shipped | 4/3/2008 | 46 | | Matter, Becky |
| Ebengky, Grace | Inactive | 48 Device | VRT 6.0 | | NU520259 | Shipped | 6/90/2208 | 46 | | Cantellela, Susi |
| Elias, Rosa | Active | IBM ThinkPad G4C | VISTA 5.0 | | NU520275E | Shipped | 12/1/2206 | VISTA | | Matter, Becky |
| Elias, Rozita | Active | VRC Stand II | VISTA 5.0 | | U520131 | Shipped | 10/1/2106 | Headrest | | Matter, Becky |
| Elles, Kenneth | Active | 48 Device | VISTA 5.2 | | DTHR-2008 | Shipped | 22/31/2108 | 46 | | Matter, Becky |
| Elliott, Graham | Active | 48 Device | VISTA 5.2 | | NU520071 | Shipped | 9/25/2109 | 48 | | Cantellela, Susi |
| Emory Eye Center | Active | Hewlett Packard Printer | | | NU520069 | Shipped | 10/7/2104 | Hewlett Packard Printer | Hardware | Development, Product |
| Emory Eye Center | Active | Mouse | | | CHAS_15806 | Shipped | 1/25/2106 | Microsoft Basic OM | Hardware | Bittar, Michelle |
| Emory Eye Center | Active | Belkin F8E856-BLK | | | 106559 | Shipped | 2/17/2104 | February 2004 | Hardware | Matter, Becky |
| Emory Eye Center | Active | Advantech VRT Device | | | CS085708 | Shipped | 2/20/2107 | 28 | | Matter, Becky |
| Engel, Donald | Active | AMD Research Device | AM 3 Research | | NU511021 | Shipped | 5/20/2008 | AMD | | Matter, Becky |
| Engel, Donald | Active | AMD Research Device | AMO Research | | AM0208 | Shipped | 5/26/2009 | AMD | | Matter, Becky |
| Eye Care Ltd. | Active | 48 Device | VISTA 5.2 | | LBCC085 | Shipped | 12/31/2108 | 48 | | Matter, Becky |
| Eye Centers of Florida | Prospective | AMD Express | AMD Research | | NU520023 | Shipped | 4/3/2005 | AMD | | Matter, Becky |
| Eye Centers of Florida | Prospective | AMD Headrest | AMD Research | | AMO565 | Shipped | 2/28/2008 | AMD | | Matter, Becky |
| Eye Centers of Florida | Prospective | AMD Express | AMD Research | | A.MO079 | Shipped | 2/28/2005 | AMD | | Matter, Becky |
| Fischer, Daniel | Active | 48 Device | VISTA 5.2 | | 869/0010 | Shipped | 9/6/2008 | 48 | | Cantellela, Susi |
| Fitzgerald, Susan | Prospective | AMO Express | AMD Research | | NU520088 | Shipped | 4/28/2003 | AMD | | Matter, Becky |
| Forsga, William | Active | IBM ThinkPad G41 | VISTA-4.3 (E297-1117) | | AMO508 | Shipped | 4/4/2008 | Headrest | | Matter, Becky |
| Fort Lauderdale Eye Institute | Prospective | IBM ThinkPad G41 | VISTA-4.9 (62875-1117) | | DTHR-1093 | Shipped | 5/2/2008 | V0314 | | Cantellela, Susi |
| Fort Lauderdale Eye Institute | Prospective | AMD Research Device | VISTA 6.0 | | LBAF004 | Shipped | 8/25/2003 | V0314 | | Cantellela, Susi |
| Fronza, Carole | Active | IBM ThinkPad G41 | FOM Research | | LBMO030 | Shipped | 8/22/2005 | AMD | | Matter, Becky |
| Fronza, Carole | Active | VRT Stand II | AMD Research | | AMC063 | Shipped | 4/20/2005 | V0314 | | Matter, Becky |
| | | | | | LS02243 | Shipped | 7/23/2009 | Headrest | | Matter, Becky |

| Account | Status | Name | Revision Number | AssetVersion | SerialNumber | Status | ModifyDate | Family | Type | ModifiedBy |
|---|---|---|---|---|---|---|---|---|---|---|
| Eakens, Martha Michelle | Inactive | VRT Stand II | VISTA-A.3 (6297-1137) | | DTMR-1064 | Shipped | 5/23/2008 | Headrest | | Matter, Becky |
| Eakens, Martha Michelle | Inactive | IBM ThinkPad G40 | VISTA-A.3 (6297-1137) | | XMS315N | Shipped | 3/13/2008 | V2314 | Hardware | Matter, Becky |
| Ealindo, Raymond | Active | IBM ThinkPad G41 | FDM Research | | L3NXD95 | Shipped | 5/29/2009 | Y2314 | | Caraballo, Suzi |
| Eat, Boen Uzz | Inactive | Mouse | | | 6101EL | Shipped | 9/26/2005 | Microsoft Basic OM | Hardware | Admin, Office |
| Eazcò, Eduardo | Active | VRT Stand II | | | DTMR-1055 | Shipped | 12/15/2006 | Headrest | | Finance |
| Gazća, Eduardo | Active | IBM ThinkPad G41 | VISTA-A.3 (6297-1137) | | L3OD110 | Shipped | 12/20/2007 | V0314 | | Matter, Becky |
| Eozkins, James | Inactive | 43 Device | VRT 6.0 | | NUS01096 | Shipped | 10/27/2008 | 48 | | Caraballo, Suzi |
| Eazcher, Adam | Active | 43 Device | VRT 6.0 | | NUS01260 | Shipped | 9/23/2009 | 43 | | Caraballo, Suzi |
| George Rotina | Prospective | IBM ThinkPad G41 | VISTA-A.3 (6297-1137) | | L3AXPS7 | Shipped | 8/28/2008 | V2314 | | Caraballo, Suzi |
| Gibze, William | Inactive | VRT Stand II | VISTA-5.0 | | DTMR-1368 | Shipped | 9/2/2008 | Headrest | | Matter, Becky |
| Gibze, William | Inactive | IBM ThinkPad G41 | VISTA-A.3 (6297-1137) | | L3OD155 | Shipped | 2/1/2009 | V2914 | | Matter, Becky |
| Giehter, Kirk | Active | 43 Device | VRT 6.0 | | NUS01249 | Shipped | 8/26/2008 | 43 | | Caraballo, Suzi |
| Girard, Sarah | Active | 43 Device | VRT 6.0 | | NUS01264 | Shipped | 9/24/2008 | 43 | | Caraballo, Suzi |
| Gomes, Sarah | Active | 43 Device | VISTA 5.2 | | NUS21070 | Shipped | 3/19/2009 | 43 | | Matter, Becky |
| Goodnell, Conrad | Active | 43 Device | VISTA 6.2 | | NUS2227 | Shipped | 6/17/2009 | 43 | | Caraballo, Suzi |
| Green, Roberta | Inactive | AMD Research Device | AMD Research | | AM0271 | Shipped | 2/2/2025 | AMD | | Matter, Becky |
| Grossman, Mark | Active | IBM ThinkPad G4C | FDM Research | | L3OD96 | Shipped | 4/20/2005 | VG314 | | Matter, Becky |
| Grossman, Mark | Active | VRT Stand II | FDM Research | | DTMR-1254 | Shipped | 4/20/2005 | Headrest | | Matter, Becky |
| Grober, Lewis | Inactive | Box ThinkPad G41 | VISTA 5.0 | | L3AX784 | Shipped | 9/2/2008 | V0314 | | Matter, Becky |
| Grober, Lewis | Inactive | VRT Stand II | VISTA 5.0 | | L3AX789 | Shipped | 9/2/2008 | Headrest | | Matter, Becky |
| Guiedry, Benjamin | Active | 43 Device | VISTA 5.1 | | NUS20029 | Shipped | 2/25/2019 | 48 | | Matter, Becky |
| Guidj, Nicholas | Active | 48 Device | VRT 6.0 | | NUS20141 | Shipped | 9/21/2009 | 48 | | Caraballo, Suzi |
| Gundersen, Pearl | Inactive | AMD Business | AMD Research | | AM0262 | Shipped | 6/25/2009 | AMD | | Caraballo, Suzi |
| Gupta, Sushma | Inactive | 43 Device | VRT 6.0 | | NUS01015 | Shipped | 7/18/2008 | 48 | | Caraballo, Suzi |
| Hall, John | Active | AMD Express | AMD Research | | AMC864 | Shipped | 6/9/2009 | AMD | | Caraballo, Suzi |
| Hammon, Alma | Active | AMD Express | AMD Research | | AMC637 | Shipped | 6/26/2009 | AMD | | Caraballo, Suzi |
| Handwerk, Peter | Active | AMD Express | AMD Research | | AMC693 | Shipped | 10/29/2009 | AMD | | Caraballo, Suzi |
| Hardwick, James | Active | 49 Device | VRT 6.0 | | NUS20101 | Shipped | 1/14/2010 | 48 | | Caraballo, Suzi |
| Harrison, William | Active | 48 Device | VISTA 5.2 | | NUS20003 | Shipped | 9/3/2009 | 48 | | Caraballo, Suzi |
| Hart, Edith | Active | 48 Device | VRT 6.0 | | NUS21246 | Shipped | 7/28/2009 | 48 | | Ombleto, Suzi |
| Hartzelburg Clinic | Active | 48 Device | VISTA 5.2 | | NUS50111 | Shipped | 5/26/2009 | 48 | | Matter, Becky |
| HealthSouth Scottsdale Rehab Hospital | Active | 48 Device | VISTA 5.2 | | NUS23051 | Shipped | 5/1/2009 | 48 | | Matter, Becky |
| HealthSouth Scottsdale Rehab Hospital | Active | VRT Stand II | InVista 4.0 (6554-2451) | | DTMR-1082 | Shipped | 3/5/2007 | Headrest | | Finance |
| HealthSouth Scottsdale Rehab Hospital | Active | VRT Stand II | | | DTMR-1359 | Shipped | 6/26/2015 | Headrest | | Admin, Office |
| HealthSouth Scottsdale Rehab Hospital | Active | VRT Stand II | | | DTMR-1897 | Shipped | 8/7/2005 | Headrest | | Finance |
| HealthSouth Scottsdale Rehab Hospital | Active | IBM ThinkPad G41 | InVista 4.0 (6264-2451) | | L3C211 | Shipped | 3/1/2007 | V0314 | Hardware | Finance |
| HealthSouth Scottsdale Rehab Hospital | Active | IBM ThinkPad G40 | Centra VIEW 4.1 (6683-1412) | | KXNG40C | Shipped | 5/7/2006 | V0814 | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | IBM ThinkPad G40 | Centra VIEW 4.1 (6359-1255) | | KXNS139 | Shipped | 2/7/2009 | V2914 | Hardware | Matter, Becky |
| HealthSouth Sunrise RehabICarson Hospital | Active | IBM ThinkPad G40 | InVista 4.0 (6264-2451) | | K0111-S | Shipped | 11/24/2007 | V0312 | VISTA | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | VRT Stand | | | DTHR-0148 | Shipped | 12/17/2025 | January 2014 | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | VRT Stand | | | DTHR-0150 | Shipped | 11/27/2025 | January 2014 | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | Hewlett Packard 4 + II | | | THGAN132GC | Shipped | 12/1/2006 | Hewlett Packard Printer | | Dougherty, Matt |
| HealthSouth Sunrise RehabICarson Hospital | Active | VRT Stand II | | | DCHP-1129 | Shipped | 2/6/2006 | Hendrets | | Admin, Office |
| HealthSouth Sunrise RehabICarson Hospital | Active | VRT Stand II | | | DTHR-1175 | Shipped | 2/6/2006 | Headrest | | Admin, Office |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | | | 568622 | Shipped | 11/27/2025 | Microsoft Basic OM | Hardware | Admin, Office |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | | | 563398 | Shipped | 11/27/2025 | Microsoft Basic OM | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | | | 543541 | Shipped | 11/27/2025 | Microsoft Basic OM | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | Centra VIEW 4.1 (6635-452) | | LBAW311 | Shipped | 2/6/2006 | V0314 | Hardware | Admin, Office |
| HealthSouth Sunrise RehabICarson Hospital | Active | IBM ThinkPad G4L | | | 71049L | Shipped | 2/6/2005 | Microsoft Basic OM | Hardware | Finance |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | | | 706690 | Shipped | 2/6/2006 | Microsoft Basic OM | Hardware | Admin, Office |
| HealthSouth Sunrise RehabICarson Hospital | Active | Mouse | VISTA 5.1 (7179-1825) | | NUS11033 | Shipped | 1/30/2008 | 38 | | Natran, Becky |
| Holms, Jerry | Inactive | 43 Device | VISTA 3.2 | | NU320517 | Shipped | 10/16/2008 | 48 | | Caraballo, Suzi |
| Henderson, Gary | Inactive | VRT Stand II | | | DTMR-1255 | Shipped | 3/27/2006 | Headrest | | Finance |
| Hill, James | Active | 48 Device | VRT 6.6 | | NUS20523 | Shipped | 11/11/2009 | 43 | | Caraballo, Suzi |
| Hindmerson, Alan | Active | 43 Device | VISTA 5.2 | | NUS20065 | Shipped | 5/20/2008 | 43 | | Matter, Becky |
| Hinz, Charles | Active | AMD Express | AMD Research | | AM0526 | Shipped | 6/28/2008 | AMD | | Matter, Becky |
| Holland, Thomas | Active | 43 Device | VRT 6.0 | | NUS20049 | Shipped | 1/14/2010 | 43 | | Caraballo, Suzi |
| Horan, Patrick | Active | VRT Stand II | VISTA 5.0 | | DTMR-1114 | Shipped | 12/1/2008 | Headrest | | Matter, Becky |
| Horan, Patrick | Active | IBM ThinkPad G41 | VISTA 5.0 | | L3OD187 | Shipped | 12/1/2008 | V0314 | | Matter, Becky |
| Hotne, Lumbka | Inactive | Mouse | | | 340561 | Shipped | 11/18/2005 | Microsoft Basic OM | Hardware | Admin, Office |
| Hoffman, Ivan | Active | IBM ThinkPad G41 | VISTA 5.5 | | L3AF012 | Shipped | 12/1/2008 | V0814 | | Matter, Becky |

| Account | Status | Name | Revision Number | AssetVersion | SerialNumber | Status | ModifyDate | Family | Type | ModifyUser |
|---|---|---|---|---|---|---|---|---|---|---|
| Huffman, Fran | Active | VRT Stand II | VISTA 6.0 | | DT-HP-1192 | Shipped | 12/1/2006 | Headrest | | Matter, Becky |
| Huntington Rehab Medicine Associates | Active | 48 Device | VISTA 5.2 | | NJUS2K013 | Shipped | 1/7/2009 | 43 | | Matter, Becky |
| Infinity Eye Care & Low Vision Rehabilitation Center | Active | 48 Device | VISTA 6.0 | | NJUS2K096 | Shipped | 11/12/2009 | 43 | | Carabello, Susi |
| Intercoastal Neurology | Prospective | VRT Stand | VRT 6.0 | | DT-HP-0195 | Shipped | 11/13/2008 | January 2004 | Hardware | Carabello, Susi |
| Isles, Kate | Active | 48 Device | VRT 6.0 | | NJUS0169 | Shipped | 9/30/2009 | 43 | | Carabello, Susi |
| Jackson, Leon | Active | 48 Device | VRT 6.0 | | NJUS0050 | Shipped | 12/7/2005 | 43 | | Carabello, Susi |
| James J. Lang | Active | AMD Headrest | AMD 2005 | | AM 2005 | Shipped | 6/4/2009 | AMD | | Matter, Becky |
| James E. Lang | Active | AMD Express | AMD Research | | LSC0255 | Shipped | 5/4/2009 | AMD | | Matter, Becky |
| James, Gary | Active | 48 Device | VRT 6.0 | | MJUS0234 | Shipped | 2/2/2010 | 43 | | Fitzgerald, Jim |
| Jamieson, Bruce | Active | 48 Device | VRT 6.0 | | NJUS2K048 | Shipped | 12/14/2008 | 43 | | Carabello, Susi |
| Jennings, Joseph | Inactive | IBM ThinkPad G41 | VISTA 4.3 (6267-1117) | | KJM11702 | Shipped | 4/24/2013 | V0314 | Hardware | Matter, Becky |
| Jennings, Joseph | Inactive | VRT Stand II | VISTA 4.3 (6297-1117) | | DT-HN-1404 | Shipped | 4/16/2018 | Headrest | | Matter, Becky |
| Jobson, Frederick | Active | IBM ThinkPad G41 | VIGT 4.0 (5104-1838) | | L3001.16 | Shipped | 6/22/2009 | V0314 | | Carabello, Susi |
| Johnston, Shirley | Active | AMD Screens | AMD Research | | AMG259 | Shipped | 6/22/2009 | AMD | | Carabello, Susi |
| Kennedy, Anthony | Active | 48 Device | VRT 6.0 | | KJ520255 | Shipped | 9/27/2009 | 43 | | Carabello, Susi |
| King, Janet | Active | AM'2 Express | AMD Research | | AMD354 | Shipped | 4/6/2009 | AMD | | Carabello, Susi |
| Knudehult, John | Active | 48 Device | VRT 6.0 | | KJ521022 | Shipped | 3/14/2010 | 43 | | Matter, Becky |
| Kresge Eye Institute, Wayne State University | Active | 48 Device | VISTA 5.2 | | KJ521303 | Shipped | 5/11/2009 | 43 | | |
| Kresge Eye Institute, Wayne State University | Active | Hewlett Packard Printer | | | TM48M36070 | Shipped | 9/23/2004 | Hewlett-Packard Printer | Hardware | |
| Kresge Eye Institute, Wayne State University | Active | Belkin F6S55-BLK | | | DC055512 | Shipped | 9/23/2004 | February 2004 | Hardware | Young, Marcia |
| Kresge Eye Institute, Wayne State University | Active | Belkin F6S855-BLK | | | 04055514 | Shipped | 9/23/2004 | February 2004 | Hardware | Young, Marcia |
| Kresge Eye Institute, Wayne State University | Active | VRT Stand | | | DT-9X-0191 | Shipped | 9/23/2004 | January 2004 | Hardware | Young, Marcia |
| Kresge Eye Institute, Wayne State University | Active | Mouse | | | 035133 | Shipped | 3/4/2003 | Microsoft Basic OM | Hardware | Development, Product |
| Kly, Alex | Active | 48 Device | VRT 6.0 | | NJ520102 | Shipped | 10/11/2009 | 46 | | Carabello, Susi |
| Laitos, Cathryn | Active | 48 Device | VISTA 5.2 | | NJ520358 | Shipped | 12/7/2009 | 46 | | Carabello, Susi |
| Lanchini Eye Associates | Prospective | AMD Research Device | AMD Research | | AM0072 | Shipped | 2/2/2009 | AMD | | Matter, Becky |
| Lanchini Eye Associates | Prospective | IBM ThinkPad G41 | AMD Research | | LSC0115 | Shipped | 2/2/2009 | V0314 | | Mazur, Becky |
| Langman, Brad | Active | VRT Stand II | VISTA 5.0 | | DT-HP-0298 | Shipped | 11/3/2008 | Headrest | | Matter, Becky |
| Langman, Brad | Active | IBM ThinkPad G42 | VISTA 5.0 | | KM1887 | Shipped | 11/3/2008 | V0314 | Hardware | Matter, Becky |
| Lasigin, Matthew | Active | 48 Device | VRT 6.0 | | NJ520015 | Shipped | 11/13/2009 | 43 | | Carabello, Susi |
| Lawling, Rod | Active | AM'2 Express | AMD Research | | AMD558 | Shipped | 9/24/2003 | AMD | | Carabello, Susi |
| Lee, Judy | Active | 48 Device | VRT 6.0 | | KJ521087 | Shipped | 5/16/2009 | 43 | | Carabello, Susi |
| Leipold, Kathryn | Active | IBM ThinkPad G41 | VISTA 5.0 | | L5AP009 | Shipped | 5/16/2009 | V0314 | | Matter, Becky |
| Leipold, Kathryn | Active | VRT Stand II | VISTA 4.3 (6297-1117) | | DT-HR-3169 | Shipped | 4/21/2007 | Headrest | | Finance |
| Levy, Albert | Active | IBM ThinkPad G41 | VISTA 4.3 (5297-1117) | | LBAMS0.0 | Shipped | 6/16/2003 | V0314 | | Carabello, Susi |
| Levy, Albert | Active | VRT Stand II | | | DT-HR-3169 | Shipped | 3/8/2003 | Headrest | | Carabello, Susi |
| Levy, John | Active | 46 Device | VISTA 5.3 | | NJ850026 | Shipped | 2/2/2009 | 48 | | Matter, Becky |
| Li, Jai | Active | 48 Device | VISTA 5.2 | | NJ520206 | Shipped | 4/7/2008 | 48 | | Matter, Becky |
| Little, George | Active | 48 Device | VISTA 5.2 | | NJ520283 | Shipped | 5/13/2009 | 48 | | Matter, Becky |
| Low Vision Optometry Northwest | Active | AMD Express | VISTA 5.2 | | NJ560093 | Shipped | 4/7/2009 | 48 | | Matter, Becky |
| Low Vision Optometry Northwest | Active | AMD Express | AMD Research | | AM0073 | Shipped | 8/13/2009 | AMD | | Matter, Becky |
| Low Vision Optometry Northwest | Active | 46 Device | AMD Research | | L3AP791 | Shipped | 5/16/2009 | AMD | | Mazur, Becky |
| Lury, Edward | Active | 46 Device | VRT 6.0 | | NJ520099 | Shipped | 1/14/2010 | 46 | | Carabello, Susi |
| Maggard, Jessica | Active | AMD Express | AMD Research | | AMD385 | Shipped | 6/30/2009 | AMD | | Carabello, Susi |
| Mallum, Pla | Active | 46 Device | VRT 6.0 | | NJ520154 | Shipped | 12/14/2009 | 48 | | Carabello, Susi |
| Mall, Rebecca | Active | 48 Device | VISTA 5.2 | | NJ520096 | Shipped | 4/1/2009 | 48 | | Matter, Becky |
| Marrooth, John | Active | 40 Device | VRT 6.0 | | NJ522045 | Shipped | 2/2/2010 | 48 | | Fitzgerald, Jim |
| Martin, John | Inactive | Mouse | | | 056201 | Shipped | 3/22/2005 | Microsoft Basic OM | Hardware | Development, Product |
| Martin, Jera | Inactive | Mouse | | | 170067 | Shipped | 7/22/2004 | Microsoft Basic OM | Hardware | Development, Product |
| Maszell, Angela | Active | AM'2 Express | AMD Research | | AM0015 | Shipped | 5/20/2009 | AMC | | Matter, Becky |
| McAnany, Pauline | Active | 48 Device | VRT 6.0 | | NJ5C1129 | Shipped | 7/8/2009 | 46 | | Carabello, Susi |
| McAngus, Louise | Active | VRT Stand II | VISTA 4.3 (6267-1117) | | DT-HR-1602 | Shipped | 9/25/2007 | Headrest | | Finance |
| McAngus, Louise | Active | IBM ThinkPad G41 | VISTA 4.3 (6297-1117) | | L3AV928 | Shipped | 9/26/2007 | V0314 | | Finance |
| McGarthy, Elizabeth | Active | AMD Express | AMD Research | | AM0257 | Shipped | 12/11/2008 | AMD | | Carabello, Susi |
| McGarthy, Elizabeth | Inactive | IBM ThinkPad G41 | VISTA 5.1 | | L3C0284 | Shipped | 8/15/2008 | V0314 | Hardware | Matter, Becky |
| Mckee, Jack | Inactive | VRT Stand II | VISTA 5.2 | | DT-HS-1087 | Shipped | 8/25/2008 | Headrest | | Matter, Becky |
| McGreth, Kathleen | Active | AMD Research Device | AMD Research | | 2EAV058 | Shipped | 4/20/2009 | AMD | | Matter, Becky |
| McGreth, Kathleen | Active | AMD Research Device | AMD Research | | A-MD058 | Shipped | 4/20/2009 | AMD | | Matter, Becky |
| Medical University of South Carolina, Storm Eye Institute | Active | 46 Device | VRT 6.0 | | NL520121 | Shipped | 7/8/2003 | 43 | | Carabello, Susi |
| Medical University of South Carolina, Storm Eye Institute | Active | VRT Stand II | VISTA 4.3 (6267-1117) | | DT-R-1117 | Shipped | 10/26/2006 | Headrest | | Admin, Office |
| Medical University of South Carolina, Storm Eye Institute | Active | Mouse | | | 346821 | Shipped | 10/26/2006 | Microsoft Basic OM | Hardware | Finance |
| Merrimack Vision Care | Active | 46 Device | VISTA 5.2 | | NL520031 | Shipped | 2/24/2009 | 43 | | Matter, Becky |

| Account | Status | Name | Revision Number | AssetVersion | SerialNumber | Status | Modified | Family | Type | Modifieduser |
|---|---|---|---|---|---|---|---|---|---|---|
| Merrifrack Vision Care (North East Office) | Active | 48 Device | VISTA 5.2 | | NU510056 | Shipped | 2/24/2009 | 48 | | Matner, Becky |
| Merrimack Vision Care Lederman Office | Active | 48 Device | VISTA 6.0 | | NU520098 | Shipped | 2/2/2009 | 48 | | Matner, Becky |
| Mika St, Alma | Active | 48 Device | VRT 6.0 | | NU520120 | Shipped | 10/5/2005 | 43 | | Caraballo, Susi |
| Mlabic, Herman | Active | 48 Device | VISTA 5.2 | | NU520024 | Shipped | 4/20/2009 | 43 | | Matner, Becky |
| Moellberg, Karen | Active | IBM ThinkPad G41 | VISTA 4.3 (6295-1117) | | 12AW926 | Shipped | 7/14/2007 | V5314 | | Finance |
| Moldovan, Karen | Active | VRT Stand II | VISTA 4.3 (6297-1117) | | DTHR-1502 | Sourced | 7/24/2007 | Headest | | Finance |
| Monaghan, Jane | Inactive | 48 Device | VRT 6.0 | | NU520024 | Shipped | 6/29/2009 | 43 | | Caraballo, Susi |
| Mattla, Janice | Active | 48 Device | VRT 6.0 | | NU520020 | Shipped | 7/9/2009 | 43 | | Caraballo, Susi |
| Montlione, Tyson | Active | Advantech VRT Device | VISTA 5.0 | | NU510013 | Shipped | 10/1/2008 | 28 | | Matner, Becky |
| Montlione, Tyson | Active | IBM ThinkPad G41 | VISTA 5.0 | | 98NX001 | Shipped | 10/1/2008 | V5314 | | Matner, Becky |
| Morris, Harmon | Active | AMD Research Device | AMD Research | | L3CG38 | Shipped | 4/21/2009 | AMD | | Matner, Becky |
| Morris, Harmon | Active | AMD Headest | AMD Research | | AMD059 | Stored | 4/21/2009 | AMD | | Matner, Becky |
| Morris, Richard | Active | 45 Device | VRT 6.0 | | NU520046 | Shipped | 7/14/2005 | 48 | | Caraballo, Susi |
| Morran Plant Messe Health Care | Prospective | Mouse | | | 5L8947 | Shipped | 5/17/2005 | Microsoft Basic OM | Hardware | Finance |
| Morran Plant Messe Health Care | Prospective | Mouse | | | 5L8950 | Shipped | 5/17/2005 | Microsoft Basic OM | Hardware | Finance |
| Morton Plant Messe Health Care | Prospective | Hewlett Packard Printer | | | CN42A0Y155 | Shipped | 5/17/2005 | Hewlett Packard Printer | Hardware | Finance |
| Morton Plant Messe Health Care | Prospective | VRT Stand | | | DTHR-0153 | Shipped | 12/29/2003 | January 2004 | Hardware | Dougherty, Matt |
| Mülter, Harry | Active | 45 Device | VRT 6.0 | | NU520322 | Shipped | 7/8/2029 | 49 | | Caraballo, Susi |
| Naff, Waiqua-noise | Active | IBM ThinkPad G40 | | | KM3136ZX | Returned | 10/7/2005 | V5314 | Hardware | Rivera, Alexandra |
| Naiz, Waiqua-noise | Active | VRT Stand II | | | DTHR-1376 | Returned | 10/7/2009 | Headest | | Rivera, Alexandra |
| Naturo-ophthalmology & Center for Balance, LLC | Active | 48 Device | VISTA 5.2 | | NU520092 | Shipped | 4/20/2009 | 48 | | Matner, Becky |
| Neurological Institute of New York at Columbia | Active | 43 Device | VRT 6.0 | | NU520121 | Shipped | 7/30/2029 | 48 | | Caraballo, Susi |
| Neurological Institute of New York at Columbia | Active | Mouse | | | 5E9310 | Shipped | 4/28/2008 | Microsoft Basic OM | Hardware | Finance |
| Neurological Institute of New York at Columbia | Active | Hewlett Packard Printer | | | 461-41500 | Shipped | 12/12/2014 | Hewlett Packard Printer | Hardware | Development, Product |
| Neurological Institute of New York at Columbia | Active | Mouse | | | 2G97588 | Shipped | 10/24/2014 | Microsoft Basic OM | Hardware | Saster, Michella |
| Neurological Institute of New York at Columbia | Active | VRT Stand | | | DTHR-0030 | Shipped | 4/25/2006 | January 2004 | Hardware | Dougherty, Matt |
| Neurological Institute of New York at Columbia | Active | Salón FU3585-BLK | | | 03085727 | Shipped | 8/30/2104 | February 2004 | Hardware | Dougherty, Matt |
| Neurological Institute of New York at Columbia | Active | Salón FU3685-BLK | | | 03256485 | Shipped | 9/30/2104 | February 2004 | Hardware | Young, Marcia |
| Neurological Institute of New York at Columbia | Active | Hewlett Packard Printer | | | TN84A3400X | Shipped | 5/2/2006 | Hewlett Packard Printer | Hardware | Finance |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | Mouse | | | 3395A3 | Shipped | 9/21/2016 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | Hewlett Packard Printer | | | CN46A3YCQ2 | Shipped | 9/21/2015 | Hewlett Packard Printer | Hardware | Dougherty, Matt |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | VRT Stand | | | DTHR-0124 | Shipped | 11/4/2036 | January 2004 | Hardware | Dougherty, Matt |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | IBM ThinkPad G40 | | | L3A0719 | Shipped | 12/1/2038 | V5314 | | Matner, Becky |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | VRT Stand II | TriVera 4.0 (6384-1451) | | DTHR-3341 | Shipped | 6/20/2037 | Headest | | France |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | VRT Stand II | POW Research | | DTHR-3167 | Shipped | 12/1/2006 | Headest | | Matter, Becky |
| New Jersey Neuroscience Institute at JFK Medical Can | Active | 48 Device | VISTA 3.2 | | NU520064 | Shipped | 5/14/2009 | 48 | | Matter, Becky |
| Nickerwice, Tim | Active | 48 Device | VRT 6.0 | | NU520143 | Shipped | 10/25/2029 | 43 | | Caraballo, Susi |
| Rok, Helman | Active | 48 Device | VRT 6.0 | | NU520264 | Shipped | 10/6/2029 | 43 | | Caraballo, Susi |
| North Memorial Health Care Stroke Center | Active | 48 Device | VISTA 5.5 | | NU520276 | Shipped | 3/4/2029 | 43 | | Matner, Becky |
| North Memorial Health Care Stroke Center | Active | VRT Stand II | | | DTHR-3329 | Shipped | 1/9/2036 | Headest | | Dougherty, Matt |
| Iowa Stadtbekannt University, The Eye Institute | Active | 48 Device | VISTA 3.2 | | NU520266 | Shipped | 2/26/2039 | 43 | | Matter, Becky |
| NovaVision AG | Inactive | 48 Device | AMD Research | | AMD083 | Quarantined | 2/27/2010 | AMD | | Fitzgerald, Jim |
| NovaVision AG | Inactive | VRT Stand II | VDIT 4.3 (6285-1113) | | DTHR-3329 | Shipped | 9/4/2037 | Headest | | France |
| NovaVision AG | Inactive | VRT Stand II | | | DTHR-2378 | Shipped | 8/26/2037 | Headest | | France |
| NovaVision AG | Inactive | IBM ThinkPad G40 | CentraVIEW 6.1. (6155-1159) | | KVA3458 | Shipped | 3/6/2027 | V5314 | Hardware | France |
| NovaVision AG | Inactive | VRT Stand | | | DTHR-0030 | Shipped | 12/12/2004 | January 2004 | Hardware | Development, Product |
| NovaVision AG | Inactive | IBM ThinkPad G40 | VDIT 4.3 (6285-1113) | | KM3011K | Shipped | 3/6/2027 | V0510 | VDIT | France |
| O'Connor, Terrence | Active | 43 Device | VRT 6.0 | | NU520153 | Shipped | 9/11/2029 | 43 | | Caraballo, Susi |
| Ophthalmology Associates | Prospective | Advantech VRT Device | VDIT 5.0 (5175-1915) | | MJ550009 | Shipped | 1/9/2038 | 29 | | Matter, Becky |
| Optometric Vision Care | Active | VRT Stand II | CentraVIEW 6.1 (6159-1156) | | DTHR-2222 | Shipped | 4/27/2007 | Headest | | Finance |
| Optometric Vision Care | Active | 48 Device | VISTA 5.2 | | NU520037 | Shipped | 3/30/2019 | 48 | | Matter, Becky |
| Oregon Health & Science University, Casey Eye Institu | Prospective | Mouse | | | 80A745 | Shipped | 10/26/2016 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| Oregon Health & Science University, Casey Eye Institu | Prospective | VRT Stand | | | DTHR-0142 | Shipped | 10/26/2016 | January 2014 | Hardware | Dougherty, Matt |
| Overbeck, Sanford | Active | IBM ThinkPad G41 | | | VDIT-5479 | Shipped | 5/1/2038 | V5314 | | Matter, Becky |
| Overbeck, Sanford | Active | VRT Stand II | | | DTHR-11A3 | Shipped | 5/1/2038 | Headest | | Matter, Becky |
| Parker, Katherine | Inactive | Mouse | | | 579036 | Shipped | 6/29/2035 | Microsoft Basic OM | Hardware | Finance |
| Pessuerello, James "Jim" | Active | 48 Device | VISTA 5.2 | | NU550002 | Shipped | 10/30/2019 | 48 | | Candraillo, Susi |
| Paul, Donald | Active | 48 Device | VISTA 5.1 | | NU520216 | Shipped | 10/30/2019 | 48 | | Candraillo, Susi |
| Pergament, Phvilla | Active | IBM ThinkPad G4C | FDM Research | | L3CC108 | Shipped | 2/27/2009 | V5314 | | Matner, Becky |
| Pergament, Phyllis | Active | AMD Research Device | FDM Research | | 59XQ334 | Shipped | 12/4/2109 | AMD | | Candraillo, Susi |
| Pergament, Phyllis | Active | VRT Stand II | FDM Research | | DTHR-1319 | Shipped | 2/27/2009 | Headest | | Miller, Becky |
| Pericula, Maury | Inactive | 48 Device | AMD Research | | AVC3556 | Shipped | 10/22/2019 | 48 | | Candraillo, Susi |

| Account | Status | Name | Revision Number | AssetVersion | SerialNumber | Status | ModifyDate | Family | Type | ModifiedBy |
|---|---|---|---|---|---|---|---|---|---|---|
| Peterson, Chester | Active | AMD Express | AM7 Research | | AM05Z3 | Shipped | 6/29/2009 | AMD | | Carabello, Susi |
| Perto, Timothy | Prospective | AMD Express | AMD Research | | AMD502 | Shipped | 4/23/2009 | AMD | | Matter, Becky |
| Perto, Timothy | Prospective | AMD Headset | AM2 Research | | AMD560 | Shipped | 2/23/2009 | AMD | | Matter, Becky |
| Perto, Timothy | Prospective | IBM ThinkPad G41 | AMD Research | | LBC0134 | Shipped | 12/3/2009 | V0314 | | Carabello, Susi |
| Phillips, Wolga | Active | AMD Express | AMD Research | | AMD660 | Shipped | 10/6/2009 | AMD | | Carabello, Susi |
| Pelewski, Marsha | Inactive | 43 Device | VRT 5.0 | | MU520272 | Shipped | 10/5/2009 | 43 | | Carabello, Susi |
| Powell, Douglas | Inactive | 48 Device | VRT 6.0 | | MU520043 | Shipped | 2/4/2009 | 48 | | Fitzgerald, Jim |
| Powell, Felicia | Inactive | IBM ThinkPad 641 | AMD Research | | LBNC047 | Shipped | 3/31/2008 | V0314 | | Matter, Becky |
| Prince, Sarah | Active | AMD Express | AMD Research | | AMD524 | Shipped | 5/22/2009 | AMD | | Matter, Becky |
| Pritchard, Marion | Active | AMD Express | AMD Research | | AM0355 | Shipped | 8/8/2009 | AMD | | Carabello, Susi |
| Procopio, Claire | Intensive | Mouse | | | 546360 | Shipped | 4/26/2009 | Microsoft Basic OM | Hardware | Finerok |
| Qdant, Carol | Active | 48 Device | VISTA.5.2 | | NU520282 | Shipped | 12/14/2009 | 48 | | Carabello, Susi |
| Rapinski, Martin | Active | 49 Device | VRT 6.0 | | NU520390 | Shipped | 12/30/2010 | 48 | | Carabello, Susi |
| Raordera, Bruce | Active | 48 Device | VISTA.5.2 | | NU520106 | Shipped | 6/20/2009 | 48 | | Matter, Becky |
| Redbrummer, Paul | Inactive | IBM ThinkPad G40 | VISTA.5.G | | 6V21382 | Shipped | 2/17/2009 | V0314 | Hardware | Matter, Becky |
| Redbrummer, Paul | Inactive | Mouse | | | 61228S | Shipped | 11/17/2009 | Microsoft Basic OM | Hardware | Finance |
| Redbrummer, Paul | Inactive | VRT Stand II | | | DTHR-1152 | Shipped | 11/17/2009 | Headset | | Finance |
| Redfield, Gray | Inactive | VRT Stand II | | | DTHR-5277 | Shipped | 5/24/2009 | Headset | | Admin, Office |
| Rhone Associates of Kentucky | Active | AMD Research Device | VDDT43 (6Z86-11C3) | | AMD007 | Shipped | 5/5/2009 | AMD | | Matter, Becky |
| Rhone Associates of Kentucky | Active | AMD Research Device | AMD Research | | LDAP735 | Shipped | 12/31/2009 | AMD | | Matter, Becky |
| Richard W. Leggs, M.D., P.C. | Active | Mouse | | | 385438 | Shipped | 7/1/2008 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| Richard W. Leggs, M.D., P.C. | Active | Mouse | | | 7854871 | Shipped | 8/28/2008 | Microsoft Basic OM | Hardware | Development, Product |
| Richard W. Leggs, M.D., P.C. | Active | Hewlett-Packard Printer | | | CM4SU1588 | Shipped | 5/27/2008 | Hewlett Packard Printer | Hardware | Finance |
| Richard W. Leggs, M.D., P.C. | Active | Belkin F8E858-BLK | | | C40231028 | Shipped | 9/18/2004 | February 2004 | Hardware | Development, Product |
| Richard W. Leggs, M.D., P.C. | Active | Belkin F8E858-BLK | | | C40231188 | Shipped | 9/24/2004 | February 2004 | Hardware | Development, Product |
| Richard W. Leggs, M.D., P.C. | Active | 48 Device | VISTA.5.2 | | NU552028 | Shipped | 12/15/2009 | 48 | | Matter, Becky |
| Rocky Mountain Eye Center, PC | Active | AMD Research Device | AMD Research | | AN0256 | Shipped | 11/31/2008 | AMD | | Matter, Becky |
| Rocky Mountain Eye Center, PC | Active | AVID Research Device | AMD Research | | AMC0094 | Shipped | 12/2/2008 | AMD | | Matter, Becky |
| Rocky Mountain Eye Center, PC | Active | AVID Research Device | AMD Research | | L9C034 | Shipped | 12/31/2012 | AMD | | Matter, Becky |
| Rocky Mountain Eye Center, PC | Active | IBM ThinkPad G41 | AMD Research | | U3AW315 | Shipped | 12/2/2008 | V0314 | | Matter, Becky |
| Rosemeier, Perry | Active | 48 Device | VISTA.5.2 | | NU520034 | Shipped | 9/5/2009 | 48 | | Carabello, Susi |
| Rosar, Institute of Rehabilitation Medicine | Active | 48 Device | VISTA.5.2 | | NU520214 | Shipped | 2/2/2008 | 48 | | Matter, Becky |
| Rosar, Institute of Rehabilitation Medicine | Active | Hewlett Packard Printer | | | TH4721400T | Shipped | 4/28/2005 | Hewlett Packard Printer | Hardware | Finance |
| Ryta, Michael | Active | 48 Device | VRT 5.0 | | KU520143 | Shipped | 1/14/2010 | 48 | | Carabello, Susi |
| Sabatea Eye Centers, PC | Prospective | AVID Research Device | AMD Research | | AMD050 | Shipped | 12/30/2008 | AMD | | Matter, Becky |
| Sabotea Eye Centers, PC | Prospective | AVID Research Device | AMD Research | | AMD054 | Shipped | 12/30/2008 | AMD | | Matter, Becky |
| Sabatea Eye Centers, PC | Prospective | AVD Research Device | AMD Research | | L9AV778 | Shipped | 12/30/2008 | AMD | | Matter, Becky |
| Sabatea Eye Centers, PC | Prospective | IBM ThinkPad 541 | AMD Research | | U50222 | Shipped | 12/30/2008 | V0314 | | Matter, Becky |
| Saint Lukes Hospital | Prospective | Mouse | | | 585338 | Shipped | 5/24/2008 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| Saint Lukes Hospital | Prospective | IBM ThinkPad G40 | | | D0C1648R | Shipped | 2/1/2007 | V0314 | Hardware | Finance |
| Saint Lukes Hospital | Prospective | VRT Stand II | | | DTHR-1081 | Shipped | 2/1/2007 | Headset | | Finance |
| Saint Lukes Hospital | Prospective | Advantech VRT Device | VDDT 3.0 (D179-1855) | | NU510055 | Shipped | 1/28/2008 | 23 | | Matter, Becky |
| Saunders, Allen | Active | 48 Device | VRT 6.0 | | NU520107 | Shipped | 2/9/2010 | 43 | | Fitzgerald, Jim |
| Scarborough, David | Active | IBM ThinkPad G40 | VISTA.4.3 (6297-C17) | | KM04447 | Shipped | 5/6/2008 | V2314 | Hardware | Matter, Becky |
| Scarborough, David | Active | VRT Stand II | VISTA.4.3 (6297-C17) | | DTHR-5186 | Shipped | 5/6/2009 | Headset | | Matter, Becky |
| Somer, Bob | Active | 48 Device | VISTA.5.2 | | NU520145 | Shipped | 7/17/2009 | 48 | | Carasatu, Susi |
| Schwartz, George | Active | AVD Express | AMD Research | | AMD508 | Shipped | 3/14/2009 | AMD | Hardware | Carabello, Susi |
| Scott, David | Active | VRT Stand II | VISTA.4.3 (6297-C17) | | DTHR42205 | Shipped | 2/13/2006 | Heatrsat | | Matter, Becky |
| Scott, David | Active | IBM ThinkPad G40 | VISTA.4.3 (6297-C17) | | K0438BX | Shipped | 2/13/2008 | V0314 | Hardware | Matter, Becky |
| Scott, Helen | Active | AMD Express | AMD Research | | AM0520 | Shipped | 12/7/2009 | AMD | | Carabello, Susi |
| Secndable Healthcare-Osborn | Prospective | VRT Stand II | Centre VIEW 4.1 (6159-1159) | | DTHR-1042 | Shipped | 2/26/2007 | Heatrsat | | Amaras |
| Secure, Gary | Active | 48 Device | VISTA.5.2 | | NU520039 | Shipped | 12/28/2008 | 43 | | Carabello, Susi |
| Seitz, John | Active | VRT Stand II | AMD Research | | DTHR-2456 | Shipped | 8/1/2008 | Heatsar | | Matter, Becky |
| Selley, William | Active | IBM ThinkPad G61 | AMD Research | | LAM4322 | Shipped | 8/1/2008 | V0314 | | Matter, Becky |
| Serpell Eye Care | Active | 48 Device | VISTA.5.2 | | NL530323 | Shipped | 2/2/2009 | 43 | | Matter, Becky |
| Seasons, James | Inactive | Mouse | | | 61X021 | Shipped | 4/17/2005 | Microsoft Basic OM | Hardware | Dougherty, Matt |
| Sharp Memorial Hospital | Active | VRT Stand | | | DTHR-5G29 | Shipped | 7/1/2006 | January 2004 | Hardware | Dougherty, Matt |
| Sharp Memorial Hospital | Active | Hewlett Packard Print. | | | CM46A3TOC3 | Shipped | 7/4/2006 | Hewlett Packard Printer | | Dougherty, Matt |
| Sharp Memorial Hospital | Active | Hewlett Packard Prit | | | CM46G3TON8 | Shipped | 7/27/2005 | Hewlett Packard Printer | | Dougherty, Matt |
| Sheldon, John | Active | VRT 5.0 | | | NL310185 | Shipped | 2/4/2011 | 43 | | Fitzgerald, Jim |
| Shipfoord, Andrew | Active | 48 Device | VRT 6.0 | | NL530181 | Shipped | 1/14/2010 | 43 | | Carabello, Susi |
| Sidolla, Steven | Active | 48 Device | VISTA.5.2 | | NL330072 | Shipped | 4/28/2009 | 43 | | Matter, Becky |

| Account | Status | Name | Revision Number | SerialNumber | Status | ModifyDate | Family | Type | Group | ModifiedBy |
|---|---|---|---|---|---|---|---|---|---|---|
| Silva, Marc | Inactive | Mouse | | 949083 | Shipped | 9/15/2006 | Microsoft Basic OM | Hardware | Admin, Office | Mettler, Becky |
| Silver, Jeff | Active | 48 Device | | NU522078 | Shipped | 9/1/2008 | 43 | | Admin, Office | Campailla, Susi |
| Smalley, Ronald | Active | 48 Device | | NU502166 | Shipped | 10/6/2009 | 43 | | Admin, Office | Mettler, Becky |
| Smith, Reeka | Active | VAT Stand II | VISTA 3.2 | DTKR4376 | Shipped | 3/24/2076 | Headset | Hardware | Admin, Office | Campailla, Susi |
| Smith, Reeka | Active | IBM ThinkPad G41 | VRT 6.0 | 13A0078 | Shipped | 2/9/2008 | VX814 | | Admin, Office | Mettler, Becky |
| Smith, Reeka | Active | Mouse | VISTA A.5 (6287-2117) | 710498 | Shipped | 3/24/2026 | Microsoft Basic OM | Hardware | Finance | Campailla, Susi |
| Sobrinski, Joan | Active | VAT Stand II | VISTA A.5 (6287-2117) | DTHR1247 | Shipped | 2/26/2027 | Headset | | Finance | Campailla, Susi |
| Sobarzo, Jean | Active | IBM ThinkPad G41 | VRT 6.0 | 2AK016G | Shipped | 2/26/2027 | VX814 | | Finance | Fitzgerald, Jim |
| Smrcek, Jeffrey | Active | 48 Device | VRT 6.0 | 30302119 | Shipped | 6/28/2029 | 43 | | Finance | Campailla, Susi |
| Steel, James | Active | 48 Device | | NU502162 | Shipped | 2/2/2010 | 43 | | Finance | Campailla, Susi |
| Speciale Institute for Low Vision | Prospective | 48 Device | VIDIT 5.0 (7129-1823) | NC322028 | Shipped | 6/1/2009 | 43 | | Finance | Campailla, Susi |
| St Lukes Hospital of Kansas City | Prospective | IBM ThinkPad G40 | CentreVIEW 4.1 (6159-1159) | RM78795C | Shipped | 4/1/2009 | VX814 | Hardware | Finance | Finance |
| St Lukes Hospital of Kansas City | Prospective | VAT Stand II | CentreVIEW 4.1 (6159-1159) | OTHR1808 | Shipped | 4/1/2009 | Headset | | Finance | Finance |
| Stevens, Chrysta | Active | 48 Device | VISTA 9.2 | NU522011 | Shipped | 6/21/2009 | 43 | | Finance | Campailla, Susi |
| Stiff, Clayton | Active | AMD Express | AMD Research | AV60599 | Shipped | 10/20/2009 | AMD | | Finance | Campailla, Susi |
| Stileman, Evan | Inactive | VAT Stand II | VISTA A.5 (6287-2117) | DTKR1234 | Shipped | 3/26/2027 | Headset | | Finance | Development, Product |
| Stileman, Evan | Inactive | IBM ThinkPad G41 | VISTA A.5 (6287-2117) | 13N0125 | Shipped | 5/26/2027 | VX814 | Hardware | Finance | Dougherty, Matz |
| Stockberger, Frank | Active | 48 Device | VRT 6.0 | NU520324 | Shipped | 8/24/2029 | 43 | Hardware | Finance | Dougherty, Matz |
| Strunk, Carol | Active | 48 Device | VRT 6.0 | ML320173 | Shipped | 10/6/2009 | 43 | Hardware | Finance | Dougherty, Matz |
| Sun, Sam | Active | 48 Device | VRT 6.0 | NU320057 | Shipped | 10/16/2009 | 48 | | Finance | Finance |
| SUNY Upstate Medical University | Active | VAT Stand II | VIDIT 4.5 (6286-1116) | DTHR5074 | Shipped | 2/2/2027 | Headset | | Finance | Kotzen, Becky |
| SUNY Upstate Medical University | Active | IBM ThinkPad G40 | VIDIT 4.5 (6286-1115) | KV31771N | Shipped | 2/2/2027 | VX814 | | Finance | Mettler, Becky |
| Tegaris, Nicholas | Inactive | 48 Device | | 207712 | Shipped | 10/29/2026 | 43 | Hardware | Finance | Marzan, Becky |
| Tegaris, Nicholas | Inactive | Mouse | | 13S401082X5764 | Shipped | 9/16/2027 | Microsoft Basic OM | Hardware | Finance | Martinez, Yoany |
| Tegaris, Nicholas | Inactive | Mouse | InVision 4.0 (6264-1451) | DTHR52N6 | Shipped | 8/16/2005 | Headset | Hardware | Finance | Martinez, Yoamy |
| Tallahassee Memorial Rehabilitation Center at Tallaba | Prospective | Hewlett Packard Pri-Ti | | THSAN18X015 | Shipped | 8/16/2005 | January 210A | Hardware | Finance | Finance |
| Tallahassee Memorial Rehabilitation Center at Tallaba | Prospective | VAT Stand | | DTHR0108 | Shipped | 8/16/2005 | Microsoft Basic OM | Hardware | Finance | Rivera, Alexandra |
| Tallahassee Memorial Rehabilitation Center at TaDaba | Prospective | Mouse | InVision 4.0 (6264-1451) | 933486 | Shipped | 9/28/2007 | VX814 | Hardware | Finance | Dougherty, Matz |
| Tallahassee Memorial Rehabilitation Center at TaDaba | Prospective | IBM ThinkPad G41 | InVision 4.2 (6264-1451) | 13C2112 | Shipped | 9/23/2007 | Headset | | Finance | Dougherty, Matz |
| Tallahassee Memorial Rehabilitation Center at TaDaba | Prospective | IBM ThinkPad G41 | InPatient Device | DTHR1108 | Shipped | 5/20/2008 | VX814 | | Finance | Rivera, Alexandra |
| Tampa VA (James A. Haley Veterans Hospital) | Active | 48 Device | InPatient Device | LBC2127 | Shipped | 12/31/2008 | 4B | | Finance | Rivera, Alexandra |
| Tampa VA (James A. Haley Veterans Hospital) | Active | VAT Stand II | VISTA 5.2 | NU520099 | Shipped | 5/20/2008 | Headset | | Finance | Martinez, Yoany |
| Tampa VA (James A. Haley Veterans Hospital) | Active | VAT Stand II | InPatient Device | NU852005 | Shipped | 6/23/2008 | Headset | | Finance | Martinez, Yoany |
| Tampa VA (James A. Haley Veterans Hospital) | Active | VAT Stand II | | OTHR1592 | Available For Production | 6/23/2008 | Headset | | Finance | Finance |
| Tampa VA (James A. Haley Veterans Hospital) | Active | IBM ThinkPad G41 | | OTHR1699 | Available for Production | 4/10/2007 | Headset | Hardware | Finance | Martinez, Yaahu |
| Tampa VA (James A. Haley Veterans Hospital) | Active | IBM ThinkPad G41 | | DTHR1102 | Returned | 4/10/2007 | VX814 | Hardware | Finance | Finance |
| Tampa VA (James A. Haley Veterans Hospital) | Active | Mouse | | LBC0144 | Retired | 12/31/2008 | VX910 | Hardware | Finance | Finance |
| Ta Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | | LBCG0A | Shipped | 9/7/2008 | Microsoft Basic OM | Hardware | Finance | Dougherty, Watt |
| Ta Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | | 933348 | Shipped | 9/7/2008 | Microsoft Basic OM | Hardware | Finance | Carvalello, Susi |
| Ta Tock Seng Hospital Atrium Eye centre | Active | 48 Device | | L3U0108 | Guaranteed | 2/2/2011 | VX814 | | Finance | Finance |
| Ta Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | OTHR1154 | Shipped | 4/28/2007 | Microsoft Basic OM | VSTA | Finance | System, Alexandra |
| Ta Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | VISTA A.0 (6114-1837) | KW79721 | Available for Production | 4/25/2008 | VX910 | Hardware | Finance | Martinez, Yoany |
| Ta Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | VIDIT 4.1 (5104-1839) | KsKS64M | Available for Production | 9/5/2008 | VX814 | Hardware | Finance | Rivera, Alexandra |
| Ta Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | | KMC5437 | Returned | 4/10/2007 | VX814 | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Mouse | | KMC540C | Returned | 4/10/2007 | VX814 | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | | 202471 | Available for Production | 10/25/2027 | Microsoft Basic OM | Hardware | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G40 | | KM3053K | Returned | 4/10/2007 | VX814 | Hardware | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Hewlett Packard Pri-Ti | VISTA A.3 (6287-1127) | KM3166A | Returned | 4/10/2007 | VX814 | Hardware | Finance | Dougherty, Watt |
| Tan Tock Seng Hospital Atrium Eye centre | Active | IBM ThinkPad G41 | | THSA452BDL | Shipped | 9/7/2005 | Hewlett Packard Printer | | Finance | Carvalello, Susi |
| Tan Tock Seng Hospital Atrium Eye centre | Active | 48 Device | | LBC0210 | Shipped | 10/2/2003 | VX814 | | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Mouse | | 1B20239 | Shipped | 8/1/2013 | VX814 | | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Mouse | | 735789 | Shipped | 7/23/2027 | Microsoft Basic OM | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Mouse | | 724731 | Available for Production | 12/26/2007 | Microsoft Basic OM | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | 724637 | Shipped | 4/23/2007 | Microsoft Basic OM | Hardware | Finance | Rivera, Alexandra |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | VISTA 9.2 (6235-1249) | 946658 | Available For Production | 8/1/2026 | Microsoft Basic OM | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | DTKR1116 | Returned | 4/10/2007 | Headset | | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | DT63A1168 | Available for Production | 4/30/2027 | VX814 | | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | Mouse | | LAA0708 | Returned | 8/1/2013 | VX814 | | Finance | Rivera, Alexandra |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | DTKR1297 | Returned | 4/30/2017 | Microsoft Basic OM | Hardware | Finance | Martinez, Yoany |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | DTHN1214 | Shipped | 1/4/2010 | Peripheral | Hardware | Finance | Finance |
| Tan Tock Seng Hospital Atrium Eye centre | Active | VAT Stand II | | DTHR1272 | Returned | 4/30/2027 | Headset | Hardware | Finance | Finance |

| Account | Status | Name | RevVideo Number | AssetVersion | SerialNumber | Status | Modifydate | Family | Type | Modifyuser |
|---|---|---|---|---|---|---|---|---|---|---|
| Ten Toes Seng Hospital Athlem Eye centre | Active | VRT Stand II | | | DTHR-2179 | Returned | 4/19/2007 | Headrest | | Sparza |
| Ten Toes Seng Hospital Athlem Eye centre | Active | VRT Stand II | | | DTHR-0228 | Shipped | 12/31/2009 | Headrest | | Rivera, Alexandra |
| Ten Toes Seng Hospital Athlem Eye centre | Active | VRT Stand II | | | DTHR-2189 | Shipped | 6/6/2009 | Headrest | | Tossell, Michael |
| Telan, Brian | Inactive | Mouse | | VRT 6.0 | 709796 | Shipped | 12/6/2015 | Microsoft Basic OV | Hardware | Finance |
| The Association for the Bland & Visually Impacted | Active | 48 Device | | VRT 6.0 | MUS01156 | Shipped | 1/14/2010 | 48 | | Cantaiallo, Sue |
| The Center for Vision Development, PA | Active | 48 Device | | | MUS02109 | Shipped | 7/17/2018 | 48 | | Cantaiallo, Sue |
| The Eye Center of North Florida | Prospective | AMD Research Device | | AMD Research | AMC046 | Shipped | 12/31/2008 | AMD | | Matter, Becky |
| The Eye Center of North Florida | Prospective | AMD Research Device | | AMD Research | LSA2039 | Shipped | 12/31/2008 | AMD | | Matter, Becky |
| The Eye Center of North Florida | Prospective | AMD Research Device | | AMD Research | AMC021 | Shipped | 12/30/2008 | AMD | | Matter, Becky |
| The Eye Center of North Florida | Prospective | AMD Research Device | | AMD Research | LSA0122 | Shipped | 12/30/2008 | AMD | | Matter, Becky |
| The Eye Institute for Medicine and Surgery | Active | 48 Device | | VISTA 5.2 | MUS0305B | | 6/30/2009 | 48 | | Fitzgerald, Jim |
| Tegonon, Sonia | Active | VRT Stand II | | | DTHR-217 | Available For Production | 8/28/2009 | Headrest | | Rivera, Alexandria |
| Tegonon, Sonia | Active | IBM ThinkPad G41 | | VISTA 3.2 | LSO0169 | Available For Production | 8/28/2009 | V0314 | | Rivera, Alexandria |
| Toh, Jim Look | Inactive | Mouse | | | 601155 | Shipped | 11/26/2005 | Microsoft Basic OM | Hardware | Fitzgerald, Jim |
| Torjas, Jason | Active | 48 Device | | VRT 6.0 | MUS02143 | Shipped | 2/9/2010 | 48 | | Cantaiallo, Sue |
| Turner, Andrea | Inactive | 48 Device | | VRT 6.5 | MUS02156 | Shipped | 7/17/2003 | 48 | | Cantaiallo, Sue |
| Tuerag, Millie | Active | 48 Device | | VRT 6.0 | MUS02133 | Shipped | 11/25/2009 | 48 | | Cantaiallo, Sue |
| Ukeya, Gal | Inactive | Mouse | | | 651712 | Shipped | 4/5/2006 | Microsoft Basic OM | Hardware | Admin, Office |
| University of Alabama at Birmingham | Active | VRT Stand I: | | Vight 4.1 (6196-1118) | DTHR-2175 | Shipped | 3/5/2008 | Headrest | | Matter, Becky |
| University of Alabama at Birmingham | Active | IBM ThinkPad S41 | | Vight 4.1 (6216-1118) | LSA0710 | Shipped | 3/5/2015 | V0314 | | Matter, Becky |
| University of Miami, Department of Rehabilitation | Active | Lab-in-tech VRT Device | | Vight 5.0 (7179-1822) | NUS01044 | Shipped | 12/11/2007 | 23 | | Matter, Becky |
| University of Miami, Department of Rehabilitation | Active | VRT Stand II | | CencraVIEW 4.1 (6159-1199) | DTHR-1900 | Shipped | 12/11/2007 | Headrest | | Matter, Becky |
| University of Miami, Department of Rehabilitation | Active | IBM ThinkPad G40 | | CencraVIEW 4.2 (6159-1189) | MU0564D | Shipped | 12/11/2007 | V0314 | | Matter, Becky |
| VA Albana | Prospective | IBM ThinkPad G41 | | VIGHT 4.3 (6206-1149) | LSA0069 | Shipped | 6/22/2008 | V0314 | Hardware | Matter, Becky |
| VA Atlanta | Active | VRT Stand II | | VRT 6.0 | DTHR-1130 | Shipped | 5/22/2008 | Headrest | | Cantaiallo, Sue |
| Valle, Olga | Active | 48 Device | | | MU502010 | Shipped | 9/25/2008 | 48 | | Cantaiallo, Sue |
| Van Der Schaar, Lynn | Active | 48 Device | | VISTA 5.2 | MUS01011 | Shipped | 2/26/2009 | 48 | | Mather, Becky |
| Van Scryoe, Jill | Active | 48 Device | | VISTA 3.2 | NUS02075 | Shipped | 5/28/2009 | 48 | | Matter, Becky |
| Vazquez, Henrietta | Active | 48 Device | | VRT 6.0 | MUS02118 | Shipped | 7/6/2009 | 46 | | Cantaiallo, Sue |
| Vechery, Linda | Active | 48 Device | | VRT 6.0 | NUS02142 | Shipped | 8/11/2009 | 48 | | Cantaiallo, Sue |
| Vestar, Phillip | Active | 48 Device | | VISTA 3.2 | MUS02057 | Shipped | 6/1/2009 | 48 | | Master, Brady |
| Viewfinders Low Vision Services | Active | AMD Express | | AMD Research | AMC092 | Shipped | 4/1/2009 | AMD | | Matter, Becky |
| Viewfinders Low Vision Services | Active | AMD Express | | AMD Research | LSO0138 | Shipped | 4/4/2009 | AMD | | Matter, Brady |
| VISIONFINDERS LOW VISION SERVICES | Active | AMD Express | | AMD Research | LS02076 | Shipped | 3/2/2009 | AMD | | Matten, Becky |
| VISIONFINDERS LOW VISION SERVICES | Active | AMD Headrest | | AMD Research | AMC076 | Shipped | 3/2/2009 | AMD | | Matter, Brady |
| Wagenborg, Catherine | Active | 46 Device | | VRT 6.2 | MUS01057 | Shipped | 8/31/2009 | 46 | | Cantaiallo, Sue |
| Wah, Tech | Inactive | IBM ThinkPad S41 | | | LSA0782 | Shipped | 1/28/2009 | V0314 | | Martinez, Otazry |
| Wah, Tech | Inactive | VRT Stand II | | | DTHR-11254 | Shipped | 1/28/2009 | Headrest | | Shrestad, Otazry |
| Wardlaw, Brone | Active | 48 Device | | VRT 6.2 | MUS02005 | Shipped | 7/17/2009 | 48 | | Cantaiallo, Sue |
| Wardlaw, Shane | Active | 48 Device | | VISTA 5.2 | MUS02094 | Shipped | 8/25/2009 | 48 | | Cantaiallo, Sue |
| Web, Becky | Active | 48 Device | | VRT 6.2 | MUS02142 | Shipped | 8/24/2009 | 48 | | Cardaiallo, Sue |
| West Virginia University Hospitals-Ruby Memorial | Prospective | Mouse | | | 710-06 | Shipped | 4/29/2006 | Microsoft Basic OV | Hardware | Admin, Office |
| White, Richard | Active | AMD Express | | AMD Research | AMC540 | Shipped | 11/24/2009 | AMD | | Cardaiallo, Sue |
| Whitley, Carla | Active | 43 Device | | VRT 6.0 | NUS20010 | Shipped | 2/2/2010 | 48 | | Fitzgerald, Jim |
| Wilhelm, Warren | Active | 43 Device | | VRT 6.0 | MUS01156 | Shipped | 8/25/2008 | 48 | | Cantaiallo, Sue |
| W'over Eye Institute at Johns Hopkins | Prospective | VRT Stand | | | DTHR-0077 | Shipped | 3/9/2005 January, 2004 | | Hardware | |
| Wilson, Donald | Active | 43 Device | | VISTA 5.2 | MUS03084 | Shipped | 5/1/2009 | 48 | | Matter, Becky |
| Wines, H. H. | Inactive | 43 Device | | VISTA 5.2 | MUS20067 | Shipped | 4/20/2009 | 46 | | Matter, Becky |
| Whitney, Lisa | Active | IBM ThinkPad G41 | | AMD Research | LSMC062 | Shipped | 11/18/2008 | V0314 | | Matter, Becky |
| Whitney, Lisa | Active | AMD Research Device | | AMD Research | AMC012 | Shipped | 11/19/2008 | AMD | | Matter, Becky |
| Wyoming Cyberaretic Center | Active | 48 Device | | VRT 6.0 | NUS02140 | Shipped | 8/19/2006 | 46 | | Cardaiallo, Sue |
| Yang, XD | Inactive | Mouse | | | 511556 | Shipped | 11/21/2005 | Microsoft Basic OM | Hardware | Admin, Office |
| You, David | Inactive | Mouse | | | 708708 | Shipped | 1/24/2006 | Microsoft Basic OM | Hardware | Admin, Office |
| Zabhsky, Sally | Active | AMD Detrest | | AMD Research | | Shipped | 12/30/2009 | AMD | | Cantaiallo, Sue |

483

# INVENTORY (OFF-SITE)
# SCHEDULE B #30

# SCHEDULE B #30

NovaVision, Inc.

~~Prepaid Inventory &~~ Inventory

GL # 00-1205-00 through 00-1205-17 and 00-1300-00 through 0-1330-00

as of 12/31/09

| Asset Account Name | GL Account # | Cost | Additions |
|---|---|---|---|
| | | 12/1/2009 | |
| Device Consumables | 00-1205-00 | 142,258.84 | 80,993.11 |
| Prepaid Devices, Printers | 00-1205-11 | 137.06 | - |
| Prepaid Devices, Mouse/Mouse Pad | 00-1205-12 | 1,520.56 | 461.39 |
| Prepaid Devices, Cables, etc. | 00-1205-13 | 1,094.01 | - |
| Prepaid Devices, Keyboard Box | 00-1205-14 | 210.24 | - |
| Prepaid Devices, Phone Cord/Splitter | 00-1205-16 | 937.55 | 32.41 |
| Prepaid Devices, Shipping & Handling* *includes inserts and box | 00-1205-17 | 5,721.80 | - |
| Inventory | 00-1300-00 | 31,840.18 | - |
| Inventory, 2B Computer | 00-1300-01 | - | - |
| Inventory, 2B Headrests | 00-1300-02 | - | - |
| Front Label (Vidit & Vista) | 00-1300-05 | 539.50 | - |
| Back Label (Vidit & Vista) | 00-1300-06 | 84.10 | - |
| Pinchpoint Label | 00-1300-07 | 2,797.70 | - |
| Back Cover | 00-1300-08 | 0.00 | - |
| NeoFlex LCD Stand | 00-1300-09 | 3,399.20 | - |
| Headrest | 00-1300-10 | (0.00) | - |
| Keyboard | 00-1300-14 | 266.90 | - |
| Computer | 00-1300-16 | 19,502.72 | - |
| Inventory Offset Clearing Account | 00-1330-00 | (0.00) | - |
| HMP Controller Assembly | 00-1300-20 | 79,645.44 | 52,136.02 |
| HMP Examiner Interface Assembly | 00-1300-21 | 27,986.08 | 30,685.29 |
| HMP Input Device Assembly | 00-1300-22 | 3,495.56 | 646.83 |
| HMP Input Device Extender Cable | 00-1300-23 | 506.12 | 772.62 |
| HMP Head Mounted Display Assembly | 00-1300-24 | 50,777.43 | 119,432.76 |
| HMP Buddy Button Input Device | 00-1300-25 | 300.00 | |
| HMP Soft Case | 00-1300-26 | 13,462.44 | 6,705.00 |

4/21/2010 11:53 AM

| | | | |
|---|---|---|---|
| HMP Hard Case Assembly | 00-1300-27 | 3,365.95 | - |
| | | - | |
| HMP Portable Power Supply | 00-1300-28 | 978.24 | - |
| | | - | |
| HMP Shipping Materials | 00-1300-29 | 4,151.95 | - |
| | | | |
| **Total** | | **394,979.57** | **291,865.43** |

## Subledger Detail

| Item Description | Qty on Hand | Current Cost | Inventory Value |
|---|---|---|---|
| Audio Cable 18' | 25 | 1.54 | 38.50 |
| Back Cover, painted | 0 | 30.06 | - |
| Back Cover, unpainted | 0 | 14.29 | - |
| 4B Base Pad | 0 | 12.24 | - |
| 4B Base Pad Box | 0 | 3.62 | - |
| Back Label, Vidit | 0 | 1.45 | - |
| Back Label, Vista | 58 | 1.45 | 84.10 |
| Block, Filler NUS42003 | 263 | 4.91 | 1,291.72 |
| Block, Mounting NUS41003 | 87 | 27.42 | 2,385.54 |
| Bracket, Computer NUS41010 | 136 | 28.33 | 3,852.88 |
| Computer, Advantech | 0 | 1,415.23 | - |
| Disk, Locating NUS41000 | 88 | 10.07 | 886.16 |
| Disk, Locking NUS42002 | 94 | 22.62 | 2,126.28 |
| DSL Filter | 10 | 4.97 | 49.74 |
| Front Label, Vidit | 0 | 1.45 | - |
| Front Label, Vista | 58 | 1.45 | 84.10 |
| Headrest, CTI | 0 | 524.80 | - |
| HP Monitor | 0 | 175.67 | - |
| Shipping Box Inserts | 13 | 18.32 | 238.16 |
| Inserts, InPatient | 23 | 43.88 | 1,009.24 |
| Keyboard | 17 | 15.70 | 266.90 |
| Keyboard Box | 48 | 4.38 | 210.24 |
| Label, Disk Locating NUS60006 | 399 | 2.78 | 1,108.06 |
| Label, Disk Locking | 398 | 1.52 | 605.32 |
| Mini Computer | 14 | 645.12 | 9,031.66 |
| Modem/Phone Cord/Splitter | 21 | 29.53 | 620.03 |
| 5 Button Mouse | 30 | 26.77 | 803.17 |
| Mouse Pad | 445 | 2.59 | 1,151.09 |
| NeoFlex LCD Stand | 79 | 42.49 | 3,356.71 |
| Base, Donut, Ergotron Paint Only NUS30 | 120 | 7.85 | 942.20 |
| NUS42008, HMP Base Pad | 515 | 0.74 | 381.20 |
| NUS42013, HMP Input Device Case | 1035 | 1.45 | 1,504.00 |
| NUS42014, HMP Touch Screen Base Pad | 490 | 0.82 | 399.63 |
| NUS42015, HMP Hard Case | 20 | 131.05 | 2,620.95 |
| NUS44010, HMP Touch Screen Custom ( | 240 | 15.57 | 3,737.20 |
| NUS44011, HMP USB to VGA Converter | 170 | 38.78 | 6,592.72 |
| NUS44012, HMP Touch Screen Monitor | 155 | 284.41 | 44,082.92 |
| NUS44013-1, HMP Switch | 234 | 3.77 | 881.22 |
| NUS44014-1, HMP Input Device Cable | 790 | 2.09 | 1,649.83 |
| NUS44014-2, HMP Input Device Extende | 540 | 2.32 | 1,253.34 |
| NUS44015, HMP Controller Power Supply | 40 | 9.61 | 384.40 |
| NUS44016, HMP Touch Screen Supply | 40 | 9.61 | 384.40 |
| NUS44017, HMP Head Mounted Display | 80 | 913.77 | 73,101.83 |
| NUS44018, HMP Portable Power Supply | 6 | 163.04 | 978.24 |
| NUS44019, HMP Single Board Computer | 207 | 365.93 | 75,746.68 |
| NUS44020, HMP Controller | 21 | 456.87 | 9,594.27 |
| NUS44021, HMP Hard Drive | 207 | 57.98 | 12,001.40 |
| NUS44022, HMP RAM | 207 | 20.34 | 4,210.38 |
| NUS44023, HMP Head Mounted Display ( | 22 | 97.85 | 2,152.70 |

| | | | |
|---|---|---|---|
| NUS49014-1, HMP Foam Liner | 190 | 13.48 | 2,561.20 |
| NUS49014-2, HMP Box | 195 | 5.71 | 1,112.85 |
| NUS49014-3, HMP Foam Insert | 50 | 5.72 | 286.00 |
| NUS50018, HMP Soft Case | 175 | 109.27 | 19,122.59 |
| NUS50019, HMP Buddy Button Input Dev | 5 | 60.00 | 300.00 |
| NUS60003-2, HMP Xpe License | 207 | 78.22 | 16,191.46 |
| NUS60008, HMP NovaVision Label | 990 | 1.31 | 1,294.20 |
| NUS60017-1, HMP NovaVision Label | 250 | 2.98 | 745.00 |
| NUS60018, HMP NovaVision Label | 490 | 0.93 | 455.70 |
| NUS60019, HMP NovaVision Visor Conne | 990 | 0.72 | 711.40 |
| NUS64000, HMP Regulatory Label | 490 | 1.29 | 632.10 |
| NovaVision Logo Label | 329 | 1.38 | 454.02 |
| Patch Cables | 2 | 4.46 | 8.92 |
| Phone Cord | 0 | 1.63 | -- |
| Phone Splitter | 86 | 1.32 | 113.27 |
| Planar LCD Monitor | 40 | 184.30 | 7,372.14 |
| Plate, Adapter Symmetrical | 58 | 20.30 | 1,177.40 |
| Plate, Base NUS41001-01 | 191 | 44.67 | 8,532.32 |
| Plate, Stiffening NUS41012 | 262 | 16.42 | 4,300.96 |
| Post Forhead, NUS41005 | 190 | 9.86 | 1,873.40 |
| Pinch Point Label | 0 | 0.81 | -- |
| Printer | 2 | 68.53 | 137.06 |
| Regulatory Label Type A | 276 | 1.61 | 444.36 |
| Regulatory Label Type B NUS60005 | 499 | 1.27 | 633.73 |
| RJ111 Plug | 126 | 0.63 | 78.93 |
| RJ45 Ethernet Cable | 0 | 3.46 | - |
| Shipping Box | 0 | 12.31 | - |
| Shipping Box 4B | 291 | 15.30 | 4,452.65 |
| Slider NUS41008 | 87 | 24.52 | 2,133.24 |
| Support, Chinrest | 89 | 23.72 | 2,111.08 |
| USB/A/B Cable | 10 | 2.57 | 25.70 |
| USB Hub - 4 Port | 20 | 19.56 | 391.20 |
| Video Cable 12' | 125 | 5.52 | 690.25 |
| Windows Xpe License & Label | 11 | 80.02 | 880.22 |
| | | Sum | 351,023.33 |
| | Balance Per Stock Status Report | | 351,023.33 |

4/21/2010 11:53 AM

B6D (Official Form 6D) (12/07)

In re **NovaVision, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3318** <br><br> Atel Ventures Inc. <br> 600 California Street, 6th Floor <br> San Francisco, CA 94108 | | - | Promissory Note <br> Regions Bank <br> Oxford Finance Corp & Atel Ventures Inc. Collateral Account for Novavision Inc., Rudy Mazzoccchi and Holger Weis <br> Acct #3318 <br> bal a/o 4/15/10 | | | | | |
| | | | Value $                      8,984.61 | | | | **Unknown** | **Unknown** |
| Account No. **3326** <br><br> Atel Ventures Inc. <br> 600 California Street, 6th Floor <br> San Francisco, CA 94108 | | - | Promissory Note <br> Regions Bank <br> Oxford Finance Corp & Atel Ventures Inc. <br> (Collateral Acct for NovaVision, Inc., Rudy Mazzoccchi and Holger Weis) <br> Acct #3326 <br> bal a/o 4/15/10 | | | | | |
| | | | Value $                    19,606.58 | | | | **Unknown** | **Unknown** |
| Account No. **0095** <br><br> Atel Ventures Inc. <br> 600 California Street, 6th Floor <br> San Francisco, CA 94108 | | - | Promissory Note <br> Regions Bank <br> As Agent for Oxford Finance Corp & Atel Ventures Inc Collateral Account for NovaVision, Inc. <br> Acct #0095 <br> Bal a/o 4/15/10 | | | | | |
| | | | Value $                          0.00 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> Atel Ventures Inc. <br> 600 California Street, 6th Floor <br> San Francisco, CA 94108 | | - | See B #28 attached list. | | | | | |
| | | | Value $                 351,023.33 | | | | **Unknown** | **Unknown** |

**_2_** continuation sheets attached

Subtotal (Total of this page)          0.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **NovaVision, Inc.**                                                        ,        Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | See B #29 attached list. | | | | | |
| Atel Ventures Inc. 600 California Street, 6th Floor San Francisco, CA 94108 | - | | | | Value $           0.00 | | | | Unknown | Unknown |
| Account No. | | | | | See B #30 attached list. | | | | | |
| Atel Ventures Inc. 600 California Street, 6th Floor San Francisco, CA 94108 | - | | | | Value $           0.00 | | | | Unknown | Unknown |
| Account No. | | | | | See B #22 attached list. | | | | | |
| Atel Ventures Inc. 600 California Street, 6th Floor San Francisco, CA 94108 | - | | | | Value $      Unknown | | | | Unknown | Unknown |
| Account No. 3318 | | | | | Promissory Note Regions Bank Oxford Finance Corp & Atel Ventures Inc. Collateral Account for Novavision Inc., Rudy Mazzoccchi and Holger Weis Acct #3318 bal a/o 4/15/10 | | | | | |
| Oxford Finance Corporation 133 North Fairfax Street Alexandria, VA 22314 | - | | | | Value $      8,984.61 | | | | Unknown | Unknown |
| Account No. 3326 | | | | | Promissory Note Regions Bank Oxford Finance Corp & Atel Ventures Inc. (Collateral Acct for NovaVision, Inc., Rudy Mazzoccchi and Holger Weis) Acct #3326 bal a/o 4/15/10 | | | | | |
| Oxford Finance Corporation 133 North Fairfax Street Alexandria, VA 22314 | - | | | | Value $      19,606.58 | | | | Unknown | Unknown |

Sheet __1__ of __2__ continuation sheets attached to                                          Subtotal                                    0.00                0.00
Schedule of Creditors Holding Secured Claims                                      (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **NovaVision, Inc.** _____,   Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0095** <br><br> **Oxford Finance Corporation** <br> **133 North Fairfax Street** <br> **Alexandria, VA 22314** | - | | **Promissory Note** <br> **Regions Bank** <br> **As Agent for Oxford Finance Corp & Atel Ventures Inc Collateral Account for NovaVision, Inc.** <br> **Acct #0095** <br> **Bal a/o 4/15/10** | | | | | |
| | | | Value $                0.00 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Oxford Finance Corporation** <br> **133 North Fairfax Street** <br> **Alexandria, VA 22314** | - | | **See B #28 attached list.** | | | | | |
| | | | Value $        351,023.33 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Oxford Finance Corporation** <br> **133 North Fairfax Street** <br> **Alexandria, VA 22314** | - | | **See B #29 attached list.** | | | | | |
| | | | Value $                0.00 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Oxford Finance Corporation** <br> **133 North Fairfax Street** <br> **Alexandria, VA 22314** | - | | **See B #30 attached list.** | | | | | |
| | | | Value $                0.00 | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Oxford Finance Corporation** <br> **133 North Fairfax Street** <br> **Alexandria, VA 22314** | - | | **See B #22 attached list.** | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **NovaVision, Inc.**                                                  ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ **28** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                                   ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2/10 | | | | | |
| | | | | **Wages** | | | | | **Unknown** |
| **Rudy Mazzocchi** **c/o Michael W. Droke PC** **Dorsey & Whitney LLP** **701 Fifth Avenue, Suite 6100** **Seattle, WA 98104-7043** | - | | | | | | | | |
| | | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **0.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                         ,    Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Deposit for medical equipment | | | | | |
| **Abhisek Drolia** **54/104 Saryu, Mansarover** **Jaipur** | - | | | | | | | | 500.00 |
| | | | | | | | | 500.00 | 0.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| **Adam Gaucher** **49 Mayfield Street** **Seekonk, MA 02771** | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| **Alan Hirschenson** **233 S Federal Hwy #521** **Boca Raton, FL 33432** | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| **Alex Ky** **69 Carriage Road** **Roslyn, NY 11576** | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| **Alma Mihalik** **56 Chickadee Lane** **Greenport, NY 11944-3103** | - | | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |

Sheet **2** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | 500.00 | |
| (Total of this page) | 2,500.00 | 2,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **NovaVision, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Angelo Andreacola 39 Daylily Drive Mount Laurel, NJ 08054 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 500.00 |
| Account No. Anthony Kennedy 200 Hamilton Ave Hasbrouck Heights, NJ 07604 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 500.00 |
| Account No. Asli Akcura Konak 15 Hani Kat 3 OH 45020 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 500.00 |
| Account No. Barbara Black 89 Old Hancock Road Antrim, NH 03440 | | - | Deposit for medical equipment | | | | 250.00 | 0.00 250.00 |
| Account No. Benjamin Guedry 648 W Wellington Ave, Unit 3 Chicago, IL 60657 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 500.00 |

Sheet __3__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,250.00 | 2,250.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Betty Wells** **2367 Lorna Drive** **Melbourne, FL 32935** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Billy Carl Masters** **711 Franklin Lane** **Shorewood, IL 60404** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Bob Scher** **3720 Eleanor Drive** **Mohegan Lake, NY 10547** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Brad Langston** **1027 Pensalvanya Street** **Denver, CO 80203** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Brian Bajzek** **1641 Lois Ann Lane** **Naperville, IL 60563** | - | | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __4__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    | 0.00 |
(Total of this page)    2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **NovaVision, Inc.**                                                                          ,  Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Bruce Jamieson** PO Box 1091 Wrangell, AK 99929 | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No. **Bruce Reardanz** 1715 Park Haven Drive Champaign, IL 61820 | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No. **Bryan Cochran** 12913 Framingham Ct Tampa, FL 33626 | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No. **Carla Whitley** 303 Barony Place Drive Columbia, SC 29229 | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No. **Carmen Cortinas** 12 Nichols Street Newark, NJ 07105 | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |

Sheet **5** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| | 2,500.00 | 2,500.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** _____ ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Carol Quinn**<br>**1101 Ocean Heights Ave**<br>**Egg Harbor Township, NJ 08234** | - | | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Carol Strunk**<br>**425 25th Ave**<br>**Vero Beach, FL 32962** | - | | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Cassio De Oliveira**<br>**23 Shira Lane**<br>**Manalapan, NJ 07726** | - | | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Catherine Wagenfehr**<br>**8122 W Montebello Ave**<br>**Glendale, AZ 85303** | - | | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Cathryn Lakios**<br>**21 Waters Edge Lane**<br>**Mount Sinai, NY 11766** | - | | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |

Sheet __6__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

2,500.00                2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re __NovaVision, Inc._____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | 0.00 |
| Charles Anderson 1419 Hillcrest Drive Anchorage, AK 99503 | | - | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | 0.00 |
| Charles Seon PO Box 1083 Val Park | | - | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | 0.00 |
| Chrystal Stevens 1103 Winding Ridge Lane Rockwall, TX 75032 | | - | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | 0.00 |
| Connie Broderick 410 Allan King Rd W Seabeck, WA 98380 | | - | | | | | | 500.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | 0.00 |
| Conrad Gosheff 506 Smokerise Blvd Longwood, FL 32779 | | - | | | | | | 500.00 | 500.00 |

Sheet __7__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 |
|---|
| 2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                      ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |  |
| Daniel Fischer 15 Greenfield Hill Sparta, NJ 07871 |  | - |  |  |  |  | **500.00** | **0.00** | **500.00** |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |  |
| David Box 5614 Laurium Road Charlotte, NC 28226 |  | - |  |  |  |  | **500.00** | **0.00** | **500.00** |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |  |
| David Scarborough 636 Sycamore Street King City, CA 93930 |  | - |  |  |  |  | **500.00** | **0.00** | **500.00** |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |  |
| David Scott 2742 N Mount Juliet R. Mount Juliet, TN 37122 |  | - |  |  |  |  | **500.00** | **0.00** | **500.00** |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |  |
| Dayem Abdeldayem 285 Hampton Green Staten Island, NY 10312 |  | - |  |  |  |  | **500.00** | **0.00** | **500.00** |

Sheet __8__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **2,500.00** | **2,500.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                           , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | |
| Dean Mitchell 336 Gemma Circle Santa Rosa, CA 95404 | - | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| Donald Paul 648 Cedar Street Neenah, WI 54956 | - | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| Donald Wilson Route 1 Box 72 Hammon, OK 73650 | - | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| Edith Hart 3728 Wembley Lane Lexington, KY 40515 | - | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | |
| Eduardo Garcia 901 Ponce De Leon Blvd, Suite 606 Miami, FL 33134 | - | | | | | | | 500.00 | 0.00 500.00 |

Sheet  **9**   of  **28**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Evan Stineman**<br>**9090 FM 1026**<br>**Rockwall, TX 75032** | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Frank Stockberger**<br>**1011 S 750 E**<br>**Lafayette, IN 47905** | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Fu Ai Wong**<br>**12 Lorong Nangka**<br>**Singapore 425105** | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**George Little**<br>**6 Davidson Ave**<br>**Scarborough**<br>**Ontario, M1K1C3** | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.<br><br>**Graham Elliott**<br>**4083 Rocky Ford Road**<br>**Valdosta, GA 31601** | - | | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |

Sheet __10__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **NovaVision, Inc.**                                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| H. H. Wines 924 Starling Lane Kingsport, TN 37660 | | - | | | | | | **500.00** | 0.00 | **500.00** |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Harry Muller 9822 Pokai Way Diamondhead, MS 39525 | | - | | | | | | **500.00** | 0.00 | **500.00** |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Henrietta Vazquez 80 Rutherford Road Berkeley Heights, NJ 07922 | | - | | | | | | **500.00** | 0.00 | **500.00** |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Herman Mobbs 1513 Truett Street #201 Las Vegas, NV 89128 | | - | | | | | | **500.00** | 0.00 | **500.00** |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Ivan Huffman 522 Ray Road Henniker, NH 03242 | | - | | | | | | **500.00** | 0.00 | **500.00** |

Sheet __11__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **2,500.00** | **2,500.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                          ,    Case No. _____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jack McGee**<br>**122 Robin Drive**<br>**Buda, TX 78610** | | - | Deposit for medical equipment | | | | 500.00 | 0.00<br><br>500.00 |
| Account No.<br><br>**James Gaskins**<br>**104 Saxtpm Ave**<br>**PO Box 415**<br>**Norway, SC 29113** | | - | Deposit for medical equipment | | | | 500.00 | 0.00<br><br>500.00 |
| Account No.<br><br>**James Hill**<br>**1620 Wells Loop**<br>**Jasper, AL 35503** | | - | Deposit for medical equipment | | | | 500.00 | 0.00<br><br>500.00 |
| Account No.<br><br>**James Pasquarello**<br>**6035 S Hwy A1A**<br>**Melbourne Beach, FL 32951** | | - | Deposit for medical equipment | | | | 500.00 | 0.00<br><br>500.00 |
| Account No.<br><br>**Janice Monks**<br>**5924 Sarah Drive**<br>**Pensacola, FL 32503** | | - | Deposit for medical equipment | | | | 500.00 | 0.00<br><br>500.00 |

Sheet __12__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                                 ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Jeff Silver 1592 Dewey Creek Beaumont, CA 92223 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Jeffery Somrock 9232 West Branch Rs Duluth, MN 55803 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Jerry Helms 11901 Albemarle Road Charlotte, NC 28227 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Jill Van Scoyoc 7170 Libby Lane Chincoteague Island, VA 23336 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Jimmie Shelby 97 Feedmill Rd Soso, MS 39480 | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Sheet **13** of **28** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 2,500.00 | 0.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| John Levy 3380 Patricia Ave Los Angeles, CA 90064 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Joseph Jennings 1South Shannon Avenue Athens, OH 45701 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Juan Soberanis 19 Calle "B" 31-45, zona 7 Villa Linda III Guatemala City, Guatemala 01007 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Kaely Wilson 1194 Paradise Rd Ferndale, WA 98248 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Karen Arnold 2520 Pearl Street Iron Mountain, MI 49801 | - | | | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __14__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

2,500.00          2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re __NovaVision, Inc.__ _____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Karen Molitierno** <br> **1308 Summit Drive** <br> **Oakmont, PA 15139** | - | | **Deposit for medical equipment** | | | | **500.00** | 0.00 <br><br> **500.00** |
| Account No. <br><br> **Kate Islas** <br> **12983 Caminito Bautizo** <br> **San Diego, CA 92130** | - | | **Deposit for medical equipment** | | | | **500.00** | 0.00 <br><br> **500.00** |
| Account No. <br><br> **Kathryn Edwards** <br> **955 Homeland Drive** <br> **Lancaster, PA 17601** | - | | **Deposit for medical equipment** | | | | **500.00** | 0.00 <br><br> **500.00** |
| Account No. <br><br> **Kathryn Leipold** <br> **219 Aberdeen Road** <br> **Horseheads, NY 14845** | - | | **Deposit for medical equipment** | | | | **500.00** | 0.00 <br><br> **500.00** |
| Account No. <br><br> **Kenneth Eller** <br> **6335 Mitch Haven Drive** <br> **Bethel Park, PA 15102** | - | | **Deposit for medical equipment** | | | | **500.00** | 0.00 <br><br> **500.00** |

Sheet __15__ of __28__ continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    **2,500.00**      **2,500.00**

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |
| Kirk Ginther 964 Egypt Road Brockway, PA 15824 |  |  | - |  |  |  | 500.00 | 0.00 / 500.00 |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |
| Larry Cochran 10371 North Oracle Road, Suite 106 Tucson, AZ 85737 |  |  | - |  |  |  | 500.00 | 0.00 / 500.00 |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |
| Laszlo Gathy 1225 NW 50th Street Deerfield Beach, FL 33442 |  |  | - |  |  |  | 500.00 | 0.00 / 500.00 |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |
| Lei Li 1880 Dalton Drive Milpitas, CA 95035 |  |  | - |  |  |  | 500.00 | 0.00 / 500.00 |
| Account No. |  |  | Deposit for medical equipment |  |  |  |  |  |
| Lewis Gruber 400 E Randolph Apt 3911 Chicago, IL 60601 |  |  | - |  |  |  | 500.00 | 0.00 / 500.00 |

Sheet __16__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)    2,500.00    2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **NovaVision, Inc.**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Deposit for medical equipment | | | | | |
| Linda Vechery 10430 Wilshire Blvd, Suite 1506 Los Angeles, CA 90024 | - | | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | |
| Louisa Mcegan 275 E Green Street Apt 1633 Pasadena, CA 91101 | - | | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | |
| Lynn Van Rensselaer 7625 SW 161 Terrace Miami, FL 33157 | - | | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | |
| Marsha Pniewski 659 Spring Road Elmhurst, IL 60126 | - | | | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | |
| Martha Michelle Gaines 6313 US Hwy 79 N Palestine, TX 75801 | - | | | | | | | | 500.00 | 0.00 500.00 |

Sheet __17__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,500.00 | 0.00 |
| | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** , Case No. _____
                                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for medical equipment | | | | | | |
| Martin Raphael 117 Deerpath Roslyn Heights, NY 11577 | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | | |
| Matthew Bozic 460 Harmony Lane Campbell, OH 44405 | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | | |
| Matthew Lanigan 429 Ben Oaks Dr East Severna Park, MD 21146 | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | | |
| Millie Tuveng 13715 Preston Rd #189 Dallas, TX 75229 | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | | |
| Patrick Horan 4940 Sentinel Drive #102 Bethesda, MD 20816 | - | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __18__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)      2,500.00      0.00      2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **NovaVision, Inc.**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit for medical equipment | | | | | |
| **Pauline McAnany** **4359 E Barlind Drive** **Pittsburgh, PA 15227** | - | | | | | | | 0.00 |
| | | | | | | | **500.00** | **500.00** |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Perry Rosenstein** **12 Sinclair Court** **Teaneck, NJ 07666** | - | | | | | | | 0.00 |
| | | | | | | | **500.00** | **500.00** |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Phillip Dye** **11750 SW Blakeney Street** **Beaverton, OR 97008** | - | | | | | | | 0.00 |
| | | | | | | | **500.00** | **500.00** |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Phillip Vetor** **501 S Main Street** **Summitville, IN 46070** | - | | | | | | | 0.00 |
| | | | | | | | **500.00** | **500.00** |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Rebecka Mall** **16135 210th Street S** **Barnesville, MN 56514** | - | | | | | | | 0.00 |
| | | | | | | | **500.00** | **500.00** |

Sheet __19__ of __28__ continuation sheets attached to            Subtotal            | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    | **2,500.00** | **2,500.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** _____,    Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Robert Williamson 8920 Farnam Court Omaha, NE 68114 | | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Ronald Smalley 111 Pebblestone Way Elizabethtown, KY 42701 | | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Rosita Elias 767 Springfield Avenue Apt 32 Summit, NJ 07901 | | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Sam Sun 2103 Saleroso Drive Rowland Heights, CA 91748 | | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| Sarah Girard 120 Beckstrom Street Norway, MI 49870 | | - | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __20__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     2,500.00 | 0.00 | 2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Sarah Gomez 9515 Cache Creek Dr NW Albuquerque, NM 87114 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.  Shane Warner 7529 Wyoming Street Omaha, NE 68122 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.  SJ Meyer 25 Column Court Ramsey, NJ 07446 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.  Sonia togonon 342 Ildefonso Street St Martin Bacoor Cavite | | - | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |
| Account No.  State of NJ Traumatic Division of Disability Svces Att: Jose Garcia PO Box 700 Trenton, NJ 08625-0700 | | - | Deposit for medical equipment | | | | 500.00 | 0.00 | 500.00 |

Sheet __21__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 2,500.00 | 2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __NovaVision, Inc._____,  Case No. _____
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Steve DePaul 1501 Thornhill Court Atlanta, GA 30338 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Steven Jusseaume 111 N Shore Rd Hampton, NH 03842 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Steven Siebels 25982 Cty Hwy V Kendall, WI 54638 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Taylor Dunham 18291 CR NS 239 Chattanooga, OK 73528 | - | | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | Deposit for medical equipment | | | | | | |
| Tim Niekrewsicz 11 Creekside Lane Pleasant Valley, NY 12569 | - | | | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __22__ of __28__ continuation sheets attached to                     Subtotal                     0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)     2,500.00          2,500.00

B6E (Official Form 6E) (4/10) - Cont.

In re __NovaVision, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **University of Miami** **Att: Maria Nobo, Neurology Dept** **1120 NW 14th Street, #1372** **Miami, FL 33136** | - | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Vaunita Bauer** **2509 Abbey Rd** **Jonesboro, AR 72401** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Victor Broceaux** **3500 Mystic Point Drive, Apt 3601** **Miami, FL 33180** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Virgina Worley** **650 Phipps Blvd NE Apt 6107** **Atlanta, GA 30326** | - | | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | Deposit for medical equipment | | | | | | |
| **Waiquamdee Narit** **1717 Camino De Villas** **Burbank, CA 91501** | - | | | | | | | 500.00 | 0.00 | 500.00 |

Sheet __23__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,000.00 | 3,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Walter Arnold** **1200 Walker Street** **Iron Mountain, MI 49801** | - | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Warren Wilhelm** **38711 Rd 705** **Mc Cook, NE 69001** | - | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | |
| **Wayne Baletki** **830 Airport Road** **Kenora Ontario P9N0A9** | - | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | |
| **William Cox** **22625 Wood Shadow Lane** **Lake Forest, CA 92630** | - | | | | | | 500.00 | 0.00 500.00 |
| Account No. | | | Deposit for medical equipment | | | | | |
| **William Foege** **10610 SW Cowan Drive NE** **Vashon, WA 98070** | - | | | | | | 500.00 | 0.00 500.00 |

Sheet __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 2,500.00    2,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **NovaVision, Inc.**                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**William Giese**<br>**133 Edgewood Road**<br>**Ardmore, PA 19003** | - | | | Deposit for medical equipment | | | | **500.00** | **0.00** | **500.00** |
| Account No.<br><br>**William Harrison**<br>**4920 New Providence Ave**<br>**Tampa, FL 33629** | - | | | Deposit for medical equipment | | | | **500.00** | **0.00** | **500.00** |
| Account No.<br><br>**William Meyer**<br>**2037 Trailcrest Lane #7**<br>**Saint Louis, MO 63122** | - | | | Deposit for medical equipment | | | | **500.00** | **0.00** | **500.00** |
| Account No.<br><br>**Yeah Wah**<br>**3601 Mont Kiara**<br>**KL 50480 Malaysia** | - | | | Deposit for medical equipment | | | | **500.00** | **0.00** | **500.00** |
| Account No.<br><br>**Yuri Antanovich**<br>**2717 N Mildred Ave**<br>**Chicago, IL 60614** | - | | | Deposit for medical equipment | | | | **500.00** | **0.00** | **500.00** |

Sheet __25__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | **0.00** | |
| **2,500.00** | | **2,500.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re  **NovaVision, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No.<br><br>**Florida Department of Revenue**<br>**5050 West Tennessee Street**<br>**Tallahassee, FL 32399** | - | | | | | | | **100.82** | **0.00** | **100.82** |
| Account No.<br><br>**Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0551** | - | **Business debt** | | | | | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Notice only**<br><br>**Georgia Dept of Revenue**<br>**1800 Century Center Blvd NE**<br>**Atlanta, GA 30345-3205** | - | | | | | | | **0.00** | **0.00** | **0.00** |
| Account No. **Notice only**<br><br>**Internal Revenue Service**<br>**POB 21126**<br>**Philadelphia, PA 19114** | - | | | | | | | **0.00** | **0.00** | **0.00** |
| Account No. **Notice only**<br><br>**New York City Dept of Finance**<br>**PO Box 5040**<br>**Kingston, NY 12402-5040** | - | | | | | | | **0.00** | **0.00** | **0.00** |

Sheet __26__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **100.82** | **100.82** |

B6E (Official Form 6E) (4/10) - Cont.

In re  **NovaVision, Inc.**   ,                              Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Notice only**<br><br>Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Pennsylvania Dept of Labor & Industry<br>Bureau of Blindness & Visual Svces<br>1130 12th Avenue, Suite 300<br>Altoona, PA 16601 | | - | Business debt | | | | 500.00 | 0.00 | 500.00 |
| Account No. **Notice only**<br><br>South Carolina Dept of Revenue<br>301 Gervais Street<br>PO Box 125<br>Columbia, SC 29214 | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>South Carolina Dept of Revenue<br>Columbia, SC 29214-0006 | | - | Business debt | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>State of New Jersey/Division of Taxation<br>Revenue Processing Center<br>Trenton, NJ 08646-0666 | | - | Business debt | | | | 0.00 | 0.00 | 0.00 |

Sheet __27__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 500.00 | 500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **NovaVision, Inc.** , Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Notice only** <br><br> **Tennessee Dept of Revenue Andrew Jackson State Office Bldg. Nashville, TN 37242** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __28__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 500.00 | |
| (Report on Summary of Schedules) | 60,850.82 | 60,350.82 |

B6F (Official Form 6F) (12/07)

In re    **NovaVision, Inc.**                                                              Case No. _____
                                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **A B See Vision Therapy Centers 1466 Kenwood Drive Menasha, WI 54952** | - | | | | | | 75.00 |
| Account No. | | | Business debt | | | | |
| **Advantech Corporation 38 Tesla Irvine, CA 92618** | - | | | | | | 41,314.00 |
| Account No. | | | Business debt | | | | |
| **Albert Einstein Medical Center Att:  Bonnie 5501 Old York Road Philadelphia, PA 19141** | - | | | | | | 25.00 |
| Account No. | | | Business debt | | | | |
| **American Express PO Box 360001 Fort Lauderdale, FL 33336-0001** | - | | | | | | Unknown |
| | | | | | Subtotal (Total of this page) | | 41,414.00 |

__23__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **NovaVision, Inc.**                                                    ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anil Gulati MD**<br>**2425 West 22 Street**<br>**Oak Brook, IL 60523** | | - | | **Business debt** | | | | 25.00 |
| Account No.<br><br>**Aqua Springs Water & Coffee**<br>**540 NW 77th Street**<br>**Boca Raton, FL 33487** | | - | | **Business debt** | | | | 647.58 |
| Account No.<br><br>**AT&T**<br>**PO Box 105262**<br>**Atlanta, GA 30348-5262** | | - | | **Business debt** | | | | 639.37 |
| Account No.<br><br>**Atel 12, LLC**<br>**600 California Street, 6th Floor**<br>**San Francisco, CA 94108** | | - | | **Business debt** | | | | 84,553.56 |
| Account No.<br><br>**Atel Growth Capital Fund III**<br>**600 California Street, 6th Floor**<br>**San Francisco, CA 94108** | | - | | **Business debt** | | | | 84,553.55 |

Sheet no. __1__ of __23__ sheets attached to Schedule of                                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)                    **170,419.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NovaVision, Inc.**                                                                 ,     Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                 | | | Business debt | | | | |
| **Atel Growth Capital Fund IV** **600 California Street, 6th Floor** **San Francisco, CA 94108** | - | | | | | | 56,369.04 |
| Account No.                                                 | | | Business debt | | | | |
| **Atlanta Research & Education Foundation** **1670 Clairmont Road (151F)** **Decatur, GA 30033** | - | | | | | | 7,860.00 |
| Account No.                                                 | | | Business debt | | | | |
| **Atlantis Air Conditioning Corp.** **1124 North 'G' Street** **Lake Worth, FL 33460** | - | | | | | | 1,025.19 |
| Account No.                                                 | | | Business debt | | | | |
| **Avaya Inc** **14400 Hertz Quail Spring Pkwy** **Oklahoma City, OK 73134** | - | | | | | | 417.90 |
| Account No.                                                 | | | Business debt | | | | |
| **Bank of America Visa** **100 N Tryon Street** **Charlotte, NC 28202** | - | | | | | | 10.00 |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                65,682.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **NovaVision, Inc.**                                                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment in Business | | | | |
| **Bernard A. Sabel Blumethalstrasse 2 Berlin Germany 14163** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Blake Nesmith 17222 58th Street SE Snohomish, WA 98290** | - | | | | | | **500.00** |
| Account No. | | | Business debt | | | | |
| **Boca R&D Project 7, LLC 6801 Payshpere Circle Chicago, IL 60674** | - | | | | | | **Unknown** |
| Account No. | | | Business debt | | | | |
| **Bromberg & Sunstein LLP Att:  Bruce Sunstein 125 Summer Street Boston, MA 02110** | - | | | | | | **85,727.12** |
| Account No. | | | Business debt | | | | |
| **Bryan Cave Strategies Att:  Broderick Johnson, President 1155 F Street Washington, DC 20004** | - | | | | | | **20,000.00** |

Sheet no. __3___ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**106,227.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NovaVision, Inc.** _____,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Budget Dialup, Inc.** **12707 High Bluff Drive, Suite 200** **San Diego, CA 92130** | | - | | | | | 616.03 |
| Account No. | | | Business debt | | | | |
| **Cables to Go** **3555 Kettering Blvd** **Moraine, OH 45439** | | - | | | | | 2,690.06 |
| Account No. | | | Business debt | | | | |
| **Carl Rosen MD** **542 W 2nd Avenue** **Anchorage, AK 99501** | | - | | | | | 250.00 |
| Account No. | | | Business debt | | | | |
| **CDW Direct, LLC** **Att: Betsey Anderson** **PO Box 75723** **Chicago, IL 60675-5723** | | - | | | | | 2,864.16 |
| Account No. | | | Business debt | | | | |
| **Cedar Rapids Vision in Motion** **3255 Williams Blvd SW** **Cedar Rapids, IA 52404-1480** | | - | | | | | 3,250.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,670.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **NovaVision, Inc.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment in Business | | | | |
| Chicago Growth Partners VIII, LP Att: A.M. Michocherhomjee 303 West Madison Street Suite 2500 Chicago, IL 60606 | - | | | | | | | | 1,422,207.03 |
| Account No. | | | | | Business debt | | | | |
| Configurations 3916 N 29 Avenue Hollywood, FL 33020 | - | | | | | | | | 6,590.77 |
| Account No. | | | | | Business debt | | | | |
| Cottage Grove Place 2115 First Avenue SE Cedar Rapids, IA 52402 | - | | | | | | | | 29.25 |
| Account No. | | | | | Investment in Business | | | | |
| Crossbow Equity Partners LP Att:  Ravi Ugale One North Clematis Street, Suite 150 West Palm Beach, FL 33401-5523 | - | | | | | | | | Unknown |
| Account No. | | | | | Business debt | | | | |
| D'Ambrosio Eye Care Inc. 479 Old Union Tpk Lancaster, MA 01523 | - | | | | | | | | 1,110.00 |

Sheet no. __5___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,429,937.05 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **NovaVision, Inc.**                                                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment in Business | | | | |
| David Todd 3001 SW 24th Avenue, Apt 1712 Ocala, FL 34471 | | - | | | | | | **Unknown** |
| Account No. | | | | Business debt | | | | |
| David Ulmer MD 7157 Camellia Lane Sebastopol, CA 95472 | | - | | | | | | **125.00** |
| Account No. | | | | Business debt | | | | |
| Day Eye Center Att: Jim Day, Jr. OD 2122 Old Montgomery Hwy Pelham, AL 35124 | | - | | | | | | **75.00** |
| Account No. | | | | Business debt | | | | |
| Dell Financial Services 4307 Collections Center Drive Chicago, IL 60693 | | - | | | | | | **2,851.45** |
| Account No. | | | | Business debt | | | | |
| Dell Marketing LP c/o Dell USA LP Atlanta, GA 30353-4118 | | - | | | | | | **226.23** |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,277.68**

B6F (Official Form 6F) (12/07) - Cont.

In re __NovaVision, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Dept of Labor & Industry Bureau of Blindness & Visual Services Att:  Josh Sleton 1130 12th Avenue Altoona, PA 16601 | - | | | | | | | 500.00 |
| Account No. | | | | Business debt | | | | |
| Devcon Security Services Corp 701 Park of Commerce Blvd NW Boca Raton, FL 33487 | - | | | | | | | 117.48 |
| Account No. | | | | Investment in Business | | | | |
| Dirk Mueller-Remus Dessauer Strasse 36 10963 Berlin, Germany | - | | | | | | | Unknown |
| Account No. | | | | Business debt | | | | |
| Edwards Angell Palmer & Dodge One North Clematis Street, Suite 400 West Palm Beach, FL 33401 | - | | | | | | | 17,478.61 |
| Account No. | | | | Investment in Business | | | | |
| Eileen Shapiro 975 Memorial Drive #804 Cambridge, MA 02138 | - | | | | | | | Unknown |

Sheet no. __7___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,096.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **NovaVision, Inc.**                                                    ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt | | | | |
| Eye Care Ltd<br>Att:  Andrew Berman, MD<br>9630 Kenton Avenue<br>Skokie, IL 60076 | - | | | | | | | | 75.00 |
| Account No. | | | | | Business debt | | | | |
| FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | - | | | | | | | | 3,798.91 |
| Account No. | | | | | Business debt | | | | |
| FPL<br>P.O. Box 025576<br>Miami, FL 33102 | - | | | | | | | | 2,160.99 |
| Account No. | | | | | Business debt | | | | |
| Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0551 | - | | | | | | | | Unknown |
| Account No. | | | | | Business debt | | | | |
| Ft Lauderdale Eye Instititute<br>7800 W Oakland Park Blvd, Bldg C<br>Ste 206<br>Fort Lauderdale, FL 33351 | - | | | | | | | | 1,760.00 |

Sheet no. **8** of **23** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,794.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NovaVision, Inc.**                                                                  ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| G. Timothy Petito OD PA 8695 4th Street N Saint Petersburg, FL 33702 | | - | | | | | | 3,250.00 |
| Account No. | | | | Business debt | | | | |
| Gambino Eye Associates, Inc. Att: Michael Gambino OD 4150 Belt Line Road Addison, TX 75001 | | - | | | | | | 75.00 |
| Account No. | | | | Business debt | | | | |
| Gerald Harrington 18 Augusta Drive Oak Island, NC 28465 | | - | | | | | | 500.00 |
| Account No. | | | | Business debt | | | | |
| Google, Inc. Dept No. 33654 San Francisco, CA 94139-3181 | | - | | | | | | 1,356.42 |
| Account No. | | | | Business debt | | | | |
| Halina Berger 7676 Monarch Court Delray Beach, FL 33446 | | - | | | | | | 500.00 |

Sheet no. **9** of **23** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **5,681.42**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **NovaVision, Inc.**                                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harry R. Jacobson<br>836 Glen Leven Drive<br>Nashville, TN 37204** | | - | | **Investment in Business** | | | | **Unknown** |
| Account No.<br><br>**Howard Stevenson<br>31 Fayerweather Street<br>Cambridge, MA 02138** | | - | | **Investment in Business** | | | | **Unknown** |
| Account No.<br><br>**Huntington Rehab Medicine<br>Att:  Ilin Ohanessians<br>630 S Raymond Avenue<br>Pasadena, CA 91105-3283** | | - | | **Business debt** | | | | **25.00** |
| Account No.<br><br>**Indiana Neuro-Ophthalmology<br>Att:  Scott Sanders<br>3721 Rome Drive, Suite A<br>Lafayette, IN 47905** | | - | | **Business debt** | | | | **250.00** |
| Account No.<br><br>**Infotel Distributors<br>c/o SYX Services<br>7795 W Flagler Street, Suite 35<br>Miami, FL 33144** | | - | | **Business debt** | | | | **32.41** |

Sheet no. __**10**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**307.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.**                                            , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| James E. Lang, MD 4800 NE 20th Terrace, Ste 305 Fort Lauderdale, FL 33308 | | - | | | | | | 3,600.00 |
| Account No. | | | | Investment in Business | | | | |
| John Preston 9 Martins Cove Lane Hingham, MA 02043 | | - | | | | | | Unknown |
| Account No. | | | | Investment in Business | | | | |
| Johnson & Johnson Development Corp Att: Kadir Kadhiresan 410 George Street (GS-1123) New Brunswick, NJ 08901 | | - | | | | | | 584,284.15 |
| Account No. | | | | Business debt | | | | |
| Kauser Sharieff OD 17524 Yorba Linda Blvd Yorba Linda, CA 92886 | | - | | | | | | 1,025.00 |
| Account No. | | | | Business debt | | | | |
| Ken Vogel 19 Macon Drive Trenton, NJ 08619 | | - | | | | | | 500.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       589,409.15

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt | | | | |
| Kevin Chauvette MD 21 Hemlock Drive Goffstown, NH 03045 | - | | | | | | | 650.00 |
| Account No. | | | | Business debt | | | | |
| Landfall Eye Associates 1135 Military Cutoff Rd, Ste 203 Wilmington, NC 28405 | - | | | | | | | 110.00 |
| Account No. | | | | Business debt | | | | |
| Leadingham Eye Care Center 1330 Carter Avenue Ashland, KY 41101 | - | | | | | | | 75.00 |
| Account No. | | | | Business debt | | | | |
| Liberty IRB, Inc. 2024 Larchmont Drive Deland, FL 32724 | - | | | | | | | 1,950.00 |
| Account No. | | | | Business debt | | | | |
| Long Island Optometric Vision Att: Dr. Jennifer Ceonzo OD 265 Post Avenue, Suite 380 Westbury, NY 11590 | - | | | | | | | 100.00 |

Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 2,885.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **NovaVision, Inc.**_____,   Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt | | | | |
| **Matthew Margolis** **Southern Eye Associates** **601 E Matthews** **Jonesboro, AR 72401** | | - | | | | | | 75.00 |
| Account No. | | | | Business debt | | | | |
| **McAllen-Rutz Eye Clinic** **Att: Dr. Duane Rutz** **204 S Atlantic Ave** **Hallock, MN 56728** | | - | | | | | | 25.00 |
| Account No. | | | | Business debt | | | | |
| **McMaster-Carr** **PO Box 7690** **Chicago, IL 60680-7690** | | - | | | | | | 24.39 |
| Account No. | | | | Business debt | | | | |
| **Medical University of South Carolina** **Att: Dr. Charles Skipper** **171 Ashley Ave** **Charleston, SC 29425** | | - | | | | | | 25.00 |
| Account No. | | | | Business debt | | | | |
| **Merrimack Vision Care** **401 Daniel Webster Hwy** **Merrimack, NH 03054** | | - | | | | | | 441.10 |

Sheet no. __13__ of __23__ sheets attached to Schedule of   Subtotal   590.49
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.** ,                                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Michael Kaplan 191 Stults Lane East Brunswick, NJ 08816 | - | | | | | | | 500.00 |
| Account No. | | | | Business debt | | | | |
| Michael Mandese OD 134 Windmere Place Melbourne Beach, FL 32951 | - | | | | | | | 75.00 |
| Account No. | | | | Business debt | | | | |
| Mitchell Saferstein OD 275 Forest Avenue Paramus, NJ 07652 | - | | | | | | | 25.00 |
| Account No. | | | | Business debt | | | | |
| Mohammad Fouladvand MD 333 E 34th Street, Suite 1F New York, NY 10016 | - | | | | | | | 25.00 |
| Account No. | | | | Investment in Business | | | | |
| Mountain Top Associates Inc. Att: Dr Claus Heuchemer Kingston Chambers PO Box 173, Rd Town, Tortola British VI | - | | | | | | | Unknown |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

625.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **NovaVision, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment in Business | | | | |
| Navroze Mehta 4140 Georges Way Boca Raton, FL 33434 | - | | | | | | Unknown |
| Account No. | | | Investment in Business | | | | |
| Noro Moseley Partners V, LP Att: Russell R. French 9 North Parkway Square 4200 Northside Parkway, NW Atlanta, GA 30327 | - | | | | | | 664,596.92 |
| Account No. | | | Investment in Business | | | | |
| Noro Moseley Partners V-B, LP Att: Russell R. French 9 North Parkway Square 4200 Northside Parkway, NW Atlanta, GA 30327 | - | | | | | | 664,596.92 |
| Account No. | | | Business debt | | | | |
| North Carolina Board of Pharmacy PO Box 4560 Chapel Hill, NC 27515-4560 | - | | | | | | 500.00 |
| Account No. | | | Investment in Business | | | | |
| Oakwood Medical Investors IV (QP), LLC Att: Raul E. Perez, MD 10411 Clayton Road, Suite 302 Saint Louis, MO 63131 | - | | | | | | 225,946.61 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,555,640.45**

B6F (Official Form 6F) (12/07) - Cont.

In re __**NovaVision, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment in Business | | | | |
| **Oakwood Medical Investors IV, LLC Att: Raul E. Perez, MD 10411 Clayton Road, Suite 302 Saint Louis, MO 63131** | - | | | | | | | 32,269.88 |
| Account No. | | | | Business debt | | | | |
| **Orli Weisser-Pike 31 Lynnfield Road Memphis, TN 38120** | - | | | | | | | 350.00 |
| Account No. | | | | Business debt | | | | |
| **Oxford Finance Corporation 133 North Fairfax Street Alexandria, VA 22314** | - | | | | | | | 225,476.16 |
| Account No. | | | | Business debt | | | | |
| **Paetec One Paetec Plaza 600 WillowBrook Office Park Fairport, NY 14450** | - | | | | | | | 1,586.34 |
| Account No. | | | | Business debt | | | | |
| **Peak 10 PO Box 530619 Atlanta, GA 30353** | - | | | | | | | 983.00 |

Sheet no. __**16**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **260,665.38**

B6F (Official Form 6F) (12/07) - Cont.

In re __NovaVision, Inc._____,            Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt | | | | |
| Pitney Bowes PO Box 856460 Louisville, KY 40285-6460 | - | | | | | | | 1,123.72 |
| Account No. | | | | Business debt | | | | |
| Premiere Global Services PO Box 404351 Atlanta, GA 30384-4351 | - | | | | | | | 441.79 |
| Account No. | | | | Business debt | | | | |
| Regal Office Services, Inc. 1800 NW Madrid Way Boca Raton, FL 33432-1733 | - | | | | | | | 904.07 |
| Account No. | | | | Business debt | | | | |
| Registered Agents Legal Srvrs, LLC 1220 N Market Street Wilmington, DE 19801 | - | | | | | | | 297.00 |
| Account No. | | | | Business debt | | | | |
| Republic Packaging of FL PO Box 795 Bedford Park, IL 60499-0795 | - | | | | | | | 830.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,596.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **NovaVision, Inc.**                                                                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Retina Assoc of Kentucky** **120 N Eagle Creek Drive, Ste 500** **Lexington, KY 40509-1827** | - | | | | | | **2,161.00** |
| Account No. | | | Business debt | | | | |
| **Richard H. Legge, MD, PC** **7810 Davenport Street** **Omaha, NE 68114** | - | | | | | | **150.00** |
| Account No. | | | Business debt | | | | |
| **Rocky Mountain Eye Center PC** **27 Montebello Road** **Missoula, MT 59801** | - | | | | | | **2,535.00** |
| Account No. | | | Business debt | | | | |
| **Ross Cusic OD** **Optical Images Inc.** **12011 124th Ave NE** **Kirkland, WA 98034** | - | | | | | | **1,300.00** |
| Account No. | | | Business debt | | | | |
| **Royal Case** **Att:  Justin Gibson** **315 S Montgomery** **Sherman, TX 75090** | - | | | | | | **12,247.44** |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,393.44**

B6F (Official Form 6F) (12/07) - Cont.

In re     **NovaVision, Inc.**                                                   ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt | | | | |
| **Rummel Eye Care PC Att: Dr. Errol Rummell, OD 1022 Willow Creek Rd Prescott, AZ 86301** | - | | | | | | | | 225.00 |
| Account No. | | | | | Business debt | | | | |
| **Sepich Eye Care PC Att: Tracy Sepich OD 100 Oakwood Drive, Suite 300 State College, PA 16803** | - | | | | | | | | 50.00 |
| Account No. | | | | | Business debt | | | | |
| **Spectrios Institute for Low Vision Att: John Coalter OD 219 E Cole Avenue Wheaton, IL 60187** | - | | | | | | | | 75.00 |
| Account No. | | | | | Business debt | | | | |
| **Sprint PO Box 4181 Carol Stream, IL 60197-4181** | - | | | | | | | | 192.59 |
| Account No. | | | | | Business debt | | | | |
| **Staples Business Advantage Dept ATL Atlanta, GA 30384-5386** | - | | | | | | | | 1,227.91 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 | 1,770.50
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **NovaVision, Inc.**                                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| **Stephen Roepke** **2425 Whale Harbor Lane** **Fort Lauderdale, FL 33312** | - | | | | | | | 10,000.00 |
| Account No. | | | | Business debt | | | | |
| **Summit Funding Group** **PO Box 63-6488** **Cincinnati, OH 45263-6488** | - | | | | | | | 2,132.59 |
| Account No. | | | | Business debt | | | | |
| **T-Mobile** **PO Box 742596** **Cincinnati, OH 45274-2596** | - | | | | | | | 3,050.41 |
| Account No. | | | | Business debt | | | | |
| **TCF Equipment Finance** **Lockbox #771922** **Chicago, IL 60677-1009** | - | | | | | | | 1,490.14 |
| Account No. | | | | Business debt | | | | |
| **Techprint Inc.** **137 Marston Street** **Lawrence, MA 01841** | - | | | | | | | 579.50 |

Sheet no. __20__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                17,252.64

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.**                                           Case No. _____
                                                          ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| TGI Office Automation Lease c/o De Lage Landen Financial Svces, Inc. Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 | | - | | | | | 3,156.95 |
| Account No. | | | Business debt | | | | |
| Tollfreeforwarding.com 5959 W Century Blvd, 11th floor Los Angeles, CA 90045-5475 | | - | | | | | 107.00 |
| Account No. | | | Business debt | | | | |
| Tullis-Dickerson & Co., Inc. Att: Jim Tullis One Stamford Place, 12th Floor 263 Tresser Blvd. Stamford, CT 06901 | | - | | | | | 270.00 |
| Account No. | | | Investment in Business | | | | |
| Tullis-Dickerson Capital Focus III, LP Att: Jim Tullis One Stamford Place, 12th Floor 263 Tresser Blvd. Stamford, CT 06901 | | - | | | | | 1,406,098.49 |
| Account No. | | | Business debt | | | | |
| U.S. Bank PO Box 790448 Saint Louis, MO 63179 | | - | | | | | 2,074.94 |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,411,707.38

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.**                                            , Case No. _____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx8-000** | | | | Business debt | | | | |
| **US Bank US Bancorp Business Equip 1310 Madrid Street Marshall, MN 56258** | - | | | | | | | 2,364.46 |
| Account No. | | | | Business debt | | | | |
| **Verio PO Box 650091 Dallas, TX 75265-0091** | - | | | | | | | 189.95 |
| Account No. | | | | Business debt | | | | |
| **Verizon 1000 Jeter Avenue Opelika, AL 36803** | - | | | | | | | 886.49 |
| Account No. | | | | Business debt | | | | |
| **Verizon Wireless 1000 Jeter Avenue Opelika, AL 36803** | - | | | | | | | 5,996.96 |
| Account No. | | | | Business debt | | | | |
| **Viewfinders Low Vision Services 10001 West Bell Road #115 Sun City, AZ 85351** | - | | | | | | | 25.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,462.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **NovaVision, Inc.**                                                                 , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt | | | | |
| Von Lieres Brachmann Schulze Grillparzerstrasse 12A Munchen, Germany 81675 | - | | | | | | | | 16,520.55 |
| Account No. | | | | | Business debt | | | | |
| West Coast Eye Care 15640 New Hampshire Court Fort Myers, FL 33908 | - | | | | | | | | 150.00 |
| Account No. | | | | | Business debt | | | | |
| Windstream Att: Support Services PO Box 9001908 Louisville, KY 40290-1908 | - | | | | | | | | 38.65 |
| Account No. | | | | | Business debt | | | | |
| Wolers Kluwer Pharma Solutions 15896 Collections Center Drive Chicago, IL 60693 | - | | | | | | | | 2,000.00 |
| Account No. | | | | | Business debt | | | | |
| Zurvahn, LLC Att: Gleyd Pastore 6601 Lyons Road Suite 300 Boca Raton, FL 33431 | - | | | | | | | | 92,087.64 |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 110,796.84 |
| Total (Report on Summary of Schedules) | 5,841,302.82 |

B6G (Official Form 6G) (12/07)

.

In re  **NovaVision, Inc.** ,                                             Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dell Financial Services**<br>**99355 Collections Center Drive**<br>**Chicago, IL 60893** | **Lease No. 001-006346367-006**<br>**36 month lease for various computer hardware** |
| **Hold Thyseen**<br>**3701 FAU Blvd, Suite 205**<br>**Boca Raton, FL 33431** | **Lease of business premises at 3651 FAU Blvd,**<br>**Suite 300, Boca Raton, Florida**<br>**Agreement terminates 4/30/2010** |
| **Pitney Bowes Global Financial Services**<br>**PO Box 909**<br>**Shelton, CT 06484-0949** | **Pitney Bowes mailing machine** |
| **Popular Equipment Finance**<br>**15933 Clayton Road, Suite 200**<br>**Ballwin, MO 63011** | **Lease No. 062521.02**<br>**60 month lease for various optical equipment**<br>**Location:  Retina Associates of Kentucky**<br>**120 N Eagle Creek Drive, Suite 500**<br>**Lexington, KY 40509** |
| **Popular Equipment Finance, Inc.**<br>**15933 Clayton Road, Suite 200**<br>**Ballwin, MO 63011** | **Lease #062521.03**<br>**36 month lease for various optical equipment** |
| **Summit Vendor Finance**<br>**11500 Northlake Drive, Suite 300**<br>**Cincinnati, OH 45249** | **Lease No. 101692**<br>**60 month lease for Demo Digital Retinal**<br>**Microperimeter** |
| **TGI**<br>**c/o De Lage Landen Financial Svces, Inc.**<br>**Lease Processing Center**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **39 monthly payments for Gestetner copier** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re      **NovaVision, Inc.** _____,      Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

4/28/10 12:16PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **NovaVision, Inc.**           Case No. _____
                        Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**84**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 28, 2010** _____        Signature    **/s/ Holger Weis** _____

                                                 **Holger Weis**
                                                 **Vice President and Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re   **NovaVision, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$43,185.00** | **2010 NovaVision, Inc.** |
| **$582,186.00** | **2009 NovaVision, Inc.** |
| **$820,367.00** | **2008 NovaVision, Inc.** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

2

### 3. Payments to creditors

None
■ **Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Hold Thyssen**<br>**3701 FAU Blvd, Suite 205**<br>**Boca Raton, FL 33431** | **1/10, 2/10, 3/10, 4/10** | **$39,808.84** | **$0.00** |
| **Sigrid Kenkel**<br>**Heinrichstr 24**<br>**39124 Magdeburg, Germany** | **2/3/10** | **$7,055.50** | **$0.00** |
| **NovaVision AG**<br>**Klausenerstrasse 12**<br>**39112 Magdeburg, Germany** | **2/1/10** | **$11,241.20** | **$0.00** |

None
■     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Xenarc Technologies Corp**<br>**2770 S Harbor Blvd, Unit A**<br>**Santa Ana, CA 92704** | **3/18/10** | **100 touch screen displays $27,500** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Furr and Cohen, P.A. 2255 Glades Road Suite 337W Boca Raton, FL 33431** | **3/17/10 Noro-Moseley Partners V** | **$15,000.00** |

#### 10. Other transfers

None  ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                                        DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 28, 2010**              Signature  **/s/ Holger Weis**

**Holger Weis**
**Vice President and Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re   **NovaVision, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President and Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 28, 2010**

**/s/ Holger Weis**

**Holger Weis**/**Vice President and Chief Financial Officer**
Signer/Title

A B See Vision Therapy Centers
1466 Kenwood Drive
Menasha, WI 54952


Abhisek Drolia
54/104 Saryu, Mansarover
Jaipur


Adam Gaucher
49 Mayfield Street
Seekonk, MA 02771


Advantech Corporation
38 Tesla
Irvine, CA 92618


Alan Hirschenson
233 S Federal Hwy #521
Boca Raton, FL 33432


Albert Einstein Medical Center
Att: Bonnie
5501 Old York Road
Philadelphia, PA 19141


Alex Ky
69 Carriage Road
Roslyn, NY 11576


Alma Mihalik
56 Chickadee Lane
Greenport, NY 11944-3103


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


Angelo Andreacola
39 Daylily Drive
Mount Laurel, NJ 08054


Anil Gulati MD
2425 West 22 Street
Oak Brook, IL 60523

Anthony Kennedy
200 Hamilton Ave
Hasbrouck Heights, NJ 07604


Aqua Springs Water & Coffee
540 NW 77th Street
Boca Raton, FL 33487


Asli Akcura
Konak 15 Hani Kat 3
OH 45020


AT&T
PO Box 105262
Atlanta, GA 30348-5262


Atel 12, LLC
600 California Street, 6th Floor
San Francisco, CA 94108


Atel Growth Capital Fund III
600 California Street, 6th Floor
San Francisco, CA 94108


Atel Growth Capital Fund IV
600 California Street, 6th Floor
San Francisco, CA 94108


Atel Ventures Inc.
600 California Street, 6th Floor
San Francisco, CA 94108


Atlanta Research & Education Foundation
1670 Clairmont Road (151F)
Decatur, GA 30033


Atlantis Air Conditioning Corp.
1124 North 'G' Street
Lake Worth, FL 33460


Avaya Inc
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134

Bank of America Visa
100 N Tryon Street
Charlotte, NC 28202


Barbara Black
89 Old Hancock Road
Antrim, NH 03440


Benjamin Guedry
648 W Wellington Ave, Unit 3
Chicago, IL 60657


Bernard A. Sabel
Blumethalstrasse 2
Berlin Germany 14163


Betty Wells
2367 Lorna Drive
Melbourne, FL 32935


Billy Carl Masters
711 Franklin Lane
Shorewood, IL 60404


Blake Nesmith
17222 58th Street SE
Snohomish, WA 98290


Bob Scher
3720 Eleanor Drive
Mohegan Lake, NY 10547


Boca R&D Project 7, LLC
6801 Payshpere Circle
Chicago, IL 60674


Brad Langston
1027 Pensalvanya Street
Denver, CO 80203


Brian Bajzek
1641 Lois Ann Lane
Naperville, IL 60563

Bromberg & Sunstein LLP
Att: Bruce Sunstein
125 Summer Street
Boston, MA 02110


Bruce Jamieson
PO Box 1091
Wrangell, AK 99929


Bruce Reardanz
1715 Park Haven Drive
Champaign, IL 61820


Bryan Cave Strategies
Att: Broderick Johnson, President
1155 F Street
Washington, DC 20004


Bryan Cochran
12913 Framingham Ct
Tampa, FL 33626


Budget Dialup, Inc.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130


Cables to Go
3555 Kettering Blvd
Moraine, OH 45439


Carl Rosen MD
542 W 2nd Avenue
Anchorage, AK 99501


Carla Whitley
303 Barony Place Drive
Columbia, SC 29229


Carmen Cortinas
12 Nichols Street
Newark, NJ 07105


Carol Quinn
1101 Ocean Heights Ave
Egg Harbor Township, NJ 08234

Carol Strunk
425 25th Ave
Vero Beach, FL 32962


Cassio De Oliveira
23 Shira Lane
Manalapan, NJ 07726


Catherine Wagenfehr
8122 W Montebello Ave
Glendale, AZ 85303


Cathryn Lakios
21 Waters Edge Lane
Mount Sinai, NY 11766


CDW Direct, LLC
Att: Betsey Anderson
PO Box 75723
Chicago, IL 60675-5723


Cedar Rapids Vision in Motion
3255 Williams Blvd SW
Cedar Rapids, IA 52404-1480


Charles Anderson
1419 Hillcrest Drive
Anchorage, AK 99503


Charles Seon
PO Box 1083
Val Park


Chicago Growth Partners VIII, LP
Att: A.M. Michocherhomjee
303 West Madison Street Suite 2500
Chicago, IL 60606


Chrystal Stevens
1103 Winding Ridge Lane
Rockwall, TX 75032


Configurations
3916 N 29 Avenue
Hollywood, FL 33020

Connie Broderick
410 Allan King Rd W
Seabeck, WA 98380


Conrad Gosheff
506 Smokerise Blvd
Longwood, FL 32779


Cottage Grove Place
2115 First Avenue SE
Cedar Rapids, IA 52402


Crossbow Equity Partners LP
Att: Ravi Ugale
One North Clematis Street, Suite 150
West Palm Beach, FL 33401-5523


D'Ambrosio Eye Care Inc.
479 Old Union Tpk
Lancaster, MA 01523


Daniel Fischer
15 Greenfield Hill
Sparta, NJ 07871


David Box
5614 Laurium Road
Charlotte, NC 28226


David Scarborough
636 Sycamore Street
King City, CA 93930


David Scott
2742 N Mount Juliet R.
Mount Juliet, TN 37122


David Todd
3001 SW 24th Avenue, Apt 1712
Ocala, FL 34471


David Ulmer MD
7157 Camellia Lane
Sebastopol, CA 95472

Day Eye Center
Att: Jim Day, Jr. OD
2122 Old Montgomery Hwy
Pelham, AL 35124


Dayem Abdeldayem
285 Hampton Green
Staten Island, NY 10312


Dean Mitchell
336 Gemma Circle
Santa Rosa, CA 95404


Dell Financial Services
4307 Collections Center Drive
Chicago, IL 60693


Dell Financial Services
99355 Collections Center Drive
Chicago, IL 60893


Dell Marketing LP
c/o Dell USA LP
Atlanta, GA 30353-4118


Dept of Labor & Industry
Bureau of Blindness & Visual Services
Att: Josh Sleton
1130 12th Avenue
Altoona, PA 16601


Devcon Security Services Corp
701 Park of Commerce Blvd NW
Boca Raton, FL 33487


Dirk Mueller-Remus
Dessauer Strasse 36
10963 Berlin, Germany


Donald Paul
648 Cedar Street
Neenah, WI 54956

Donald Wilson
Route 1 Box 72
Hammon, OK 73650


Edith Hart
3728 Wembley Lane
Lexington, KY 40515


Eduardo Garcia
901 Ponce De Leon Blvd, Suite 606
Miami, FL 33134


Edwards Angell Palmer & Dodge
One North Clematis Street, Suite 400
West Palm Beach, FL 33401


Eileen Shapiro
975 Memorial Drive #804
Cambridge, MA 02138


Evan Stineman
9090 FM 1026
Rockwall, TX 75032


Eye Care Ltd
Att: Andrew Berman, MD
9630 Kenton Avenue
Skokie, IL 60076


FedEx
PO Box 660481
Dallas, TX 75266-0481


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


FPL
P.O. Box 025576
Miami, FL 33102


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0551

```
Frank Stockberger
1011 S 750 E
Lafayette, IN 47905


Ft Lauderdale Eye Institute
7800 W Oakland Park Blvd, Bldg C
Ste 206
Fort Lauderdale, FL 33351


Fu Ai Wong
12 Lorong Nangka
Singapore 425105


G. Timothy Petito OD PA
8695 4th Street N
Saint Petersburg, FL 33702


Gambino Eye Associates, Inc.
Att: Michael Gambino OD
4150 Belt Line Road
Addison, TX 75001


George Little
6 Davidson Ave
Scarborough
Ontario, M1K1C3


Georgia Dept of Revenue
1800 Century Center Blvd NE
Atlanta, GA 30345-3205


Gerald Harrington
18 Augusta Drive
Oak Island, NC 28465


Google, Inc.
Dept No. 33654
San Francisco, CA 94139-3181


Graham Elliott
4083 Rocky Ford Road
Valdosta, GA 31601
```

H. H. Wines
924 Starling Lane
Kingsport, TN 37660


Halina Berger
7676 Monarch Court
Delray Beach, FL 33446


Harry Muller
9822 Pokai Way
Diamondhead, MS 39525


Harry R. Jacobson
836 Glen Leven Drive
Nashville, TN 37204


Henrietta Vazquez
80 Rutherford Road
Berkeley Heights, NJ 07922


Herman Mobbs
1513 Truett Street #201
Las Vegas, NV 89128


Hold Thyseen
3701 FAU Blvd, Suite 205
Boca Raton, FL 33431


Howard Stevenson
31 Fayerweather Street
Cambridge, MA 02138


Huntington Rehab Medicine
Att: Ilin Ohanessians
630 S Raymond Avenue
Pasadena, CA 91105-3283


Indiana Neuro-Ophthalmology
Att: Scott Sanders
3721 Rome Drive, Suite A
Lafayette, IN 47905

Infotel Distributors
c/o SYX Services
7795 W Flagler Street, Suite 35
Miami, FL 33144


InfoTel Distributors
6910 State Road 36
Fletcher, OH 45326


Internal Revenue Service
POB 21126
Philadelphia, PA 19114


Ivan Huffman
522 Ray Road
Henniker, NH 03242


Jack McGee
122 Robin Drive
Buda, TX 78610


James E. Lang, MD
4800 NE 20th Terrace, Ste 305
Fort Lauderdale, FL 33308


James Gaskins
104 Saxtpm Ave
PO Box 415
Norway, SC 29113


James Hill
1620 Wells Loop
Jasper, AL 35503


James Pasquarello
6035 S Hwy A1A
Melbourne Beach, FL 32951


Janice Monks
5924 Sarah Drive
Pensacola, FL 32503


Jeff Silver
1592 Dewey Creek
Beaumont, CA 92223

Jeffery Somrock
9232 West Branch Rs
Duluth, MN 55803


Jerry Helms
11901 Albemarle Road
Charlotte, NC 28227


Jill Van Scoyoc
7170 Libby Lane
Chincoteague Island, VA 23336


Jimmie Shelby
97 Feedmill Rd
Soso, MS 39480


John Levy
3380 Patricia Ave
Los Angeles, CA 90064


John Preston
9 Martins Cove Lane
Hingham, MA 02043


Johnson & Johnson Development Corp
Att: Kadir Kadhiresan
410 George Street (GS-1123)
New Brunswick, NJ 08901


Johnson & Johnson Development Corp.
Att: V. Kadir Kadhiresan, PHD
6500 Paseo Padre Pkwy
Fremont, CA 94555


Joseph Jennings
1South Shannon Avenue
Athens, OH 45701


Juan Soberanis
19 Calle "B" 31-45, zona 7
Villa Linda III
Guatemala City, Guatemala 01007

Kaely Wilson
1194 Paradise Rd
Ferndale, WA 98248


Karen Arnold
2520 Pearl Street
Iron Mountain, MI 49801


Karen Molitierno
1308 Summit Drive
Oakmont, PA 15139


Kate Islas
12983 Caminito Bautizo
San Diego, CA 92130


Kathryn Edwards
955 Homeland Drive
Lancaster, PA 17601


Kathryn Leipold
219 Aberdeen Road
Horseheads, NY 14845


Kauser Sharieff OD
17524 Yorba Linda Blvd
Yorba Linda, CA 92886


Ken Vogel
19 Macon Drive
Trenton, NJ 08619


Kenneth Eller
6335 Mitch Haven Drive
Bethel Park, PA 15102


Kevin Chauvette MD
21 Hemlock Drive
Goffstown, NH 03045


Kirk Ginther
964 Egypt Road
Brockway, PA 15824

Landfall Eye Associates
1135 Military Cutoff Rd, Ste 203
Wilmington, NC 28405


Larry Cochran
10371 North Oracle Road, Suite 106
Tucson, AZ 85737


Laszlo Gathy
1225 NW 50th Street
Deerfield Beach, FL 33442


Law Offices of Ronald W. Lyon, PC
115 S Travis Street
Sherman, TX 75090


Leadingham Eye Care Center
1330 Carter Avenue
Ashland, KY 41101


Lei Li
1880 Dalton Drive
Milpitas, CA 95035


Lewis Gruber
400 E Randolph Apt 3911
Chicago, IL 60601


Liberty IRB, Inc.
2024 Larchmont Drive
Deland, FL 32724


Linda Vechery
10430 Wilshire Blvd, Suite 1506
Los Angeles, CA 90024


Long Island Optometric Vision
Att: Dr. Jennifer Ceonzo OD
265 Post Avenue, Suite 380
Westbury, NY 11590


Louisa Mcegan
275 E Green Street Apt 1633
Pasadena, CA 91101

Lynn Van Rensselaer
7625 SW 161 Terrace
Miami, FL 33157


Marsha Pniewski
659 Spring Road
Elmhurst, IL 60126


Martha Michelle Gaines
6313 US Hwy 79 N
Palestine, TX 75801


Martin Raphael
117 Deerpath
Roslyn Heights, NY 11577


Matthew Bozic
460 Harmony Lane
Campbell, OH 44405


Matthew Lanigan
429 Ben Oaks Dr East
Severna Park, MD 21146


Matthew Margolis
Southern Eye Associates
601 E Matthews
Jonesboro, AR 72401


McAllen-Rutz Eye Clinic
Att: Dr. Duane Rutz
204 S Atlantic Ave
Hallock, MN 56728


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Medical University of South Carolina
Att: Dr. Charles Skipper
171 Ashley Ave
Charleston, SC 29425

Merrimack Vision Care
401 Daniel Webster Hwy
Merrimack, NH 03054


Michael Kaplan
191 Stults Lane
East Brunswick, NJ 08816


Michael Mandese OD
134 Windmere Place
Melbourne Beach, FL 32951


Millie Tuveng
13715 Preston Rd #189
Dallas, TX 75229


Mitchell Saferstein OD
275 Forest Avenue
Paramus, NJ 07652


Mohammad Fouladvand MD
333 E 34th Street, Suite 1F
New York, NY 10016


Mountain Top Associates Inc.
Att: Dr Claus Heuchemer
Kingston Chambers
PO Box 173, Rd Town, Tortola British VI


Navroze Mehta
4140 Georges Way
Boca Raton, FL 33434


New York City Dept of Finance
PO Box 5040
Kingston, NY 12402-5040


Noro Moseley Partners V, LP
Att: Russell R. French
9 North Parkway Square
4200 Northside Parkway, NW
Atlanta, GA 30327

Noro Moseley Partners V-B, LP
Att: Russell R. French
9 North Parkway Square
4200 Northside Parkway, NW
Atlanta, GA 30327


North Carolina Board of Pharmacy
PO Box 4560
Chapel Hill, NC 27515-4560


Oakwood Medical Investors IV (QP), LLC
Att: Raul E. Perez, MD
10411 Clayton Road, Suite 302
Saint Louis, MO 63131


Oakwood Medical Investors IV, LLC
Att: Raul E. Perez, MD
10411 Clayton Road, Suite 302
Saint Louis, MO 63131


Orli Weisser-Pike
31 Lynnfield Road
Memphis, TN 38120


Oxford Finance Corporation
133 North Fairfax Street
Alexandria, VA 22314


Paetec
One Paetec Plaza
600 WillowBrook Office Park
Fairport, NY 14450


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Patrick Horan
4940 Sentinel Drive #102
Bethesda, MD 20816


Pauline McAnany
4359 E Barlind Drive
Pittsburgh, PA 15227

Peak 10
PO Box 530619
Atlanta, GA 30353


Pennsylvania Dept of Labor
1171 S Cameron Street, Room 324
Harrisburg, PA 17104-2501


Pennsylvania Dept of Labor & Industry
Bureau of Blindness & Visual Svces
1130 12th Avenue, Suite 300
Altoona, PA 16601


Perry Rosenstein
12 Sinclair Court
Teaneck, NJ 07666


Phillip Dye
11750 SW Blakeney Street
Beaverton, OR 97008


Phillip Vetor
501 S Main Street
Summitville, IN 46070


Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Global Financial Services
PO Box 909
Shelton, CT 06484-0949


Popular Equipment Finance
15933 Clayton Road, Suite 200
Ballwin, MO 63011


Popular Equipment Finance, Inc.
15933 Clayton Road, Suite 200
Ballwin, MO 63011


Premiere Global Services
PO Box 404351
Atlanta, GA 30384-4351

Rebecka Mall
16135 210th Street S
Barnesville, MN 56514


Regal Office Services, Inc.
1800 NW Madrid Way
Boca Raton, FL 33432-1733


Registered Agents Legal Srvrs, LLC
1220 N Market Street
Wilmington, DE 19801


Republic Packaging of FL
PO Box 795
Bedford Park, IL 60499-0795


Retina Assoc of Kentucky
120 N Eagle Creek Drive, Ste 500
Lexington, KY 40509-1827


Richard H. Legge, MD, PC
7810 Davenport Street
Omaha, NE 68114


Robert Williamson
8920 Farnam Court
Omaha, NE 68114


Rocky Mountain Eye Center PC
27 Montebello Road
Missoula, MT 59801


Ronald Smalley
111 Pebblestone Way
Elizabethtown, KY 42701


Rosita Elias
767 Springfield Avenue Apt 32
Summit, NJ 07901


Ross Cusic OD
Optical Images Inc.
12011 124th Ave NE
Kirkland, WA 98034

Royal Case
Att: Justin Gibson
315 S Montgomery
Sherman, TX 75090


Rudy Mazzocchi
c/o Michael W. Droke PC
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043


Rummel Eye Care PC
Att: Dr. Errol Rummell, OD
1022 Willow Creek Rd
Prescott, AZ 86301


Sam Sun
2103 Saleroso Drive
Rowland Heights, CA 91748


Sarah Girard
120 Beckstrom Street
Norway, MI 49870


Sarah Gomez
9515 Cache Creek Dr NW
Albuquerque, NM 87114


Sepich Eye Care PC
Att: Tracy Sepich OD
100 Oakwood Drive, Suite 300
State College, PA 16803


Shane Warner
7529 Wyoming Street
Omaha, NE 68122


SJ Meyer
25 Column Court
Ramsey, NJ 07446


Sonia togonon
342 Ildefonso Street
St Martin
Bacoor Cavite

South Carolina Dept of Revenue
301 Gervais Street
PO Box 125
Columbia, SC 29214


South Carolina Dept of Revenue
Columbia, SC 29214-0006


Spectrios Institute for Low Vision
Att: John Coalter OD
219 E Cole Avenue
Wheaton, IL 60187


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Staples Business Advantage
Dept ATL
Atlanta, GA 30384-5386


State of New Jersey/Division of Taxation
Revenue Processing Center
Trenton, NJ 08646-0666


State of NJ Traumatic
Division of Disability Svces
Att: Jose Garcia
PO Box 700
Trenton, NJ 08625-0700


Stephen Roepke
2425 Whale Harbor Lane
Fort Lauderdale, FL 33312


Steve DePaul
1501 Thornhill Court
Atlanta, GA 30338


Steven Jusseaume
111 N Shore Rd
Hampton, NH 03842

Steven Siebels
25982 Cty Hwy V
Kendall, WI 54638


Summit Funding Group
PO Box 63-6488
Cincinnati, OH 45263-6488


Summit Vendor Finance
11500 Northlake Drive, Suite 300
Cincinnati, OH 45249


Susquehanna Commercial Finance, Inc.
1566 Medical Drive, Suite 201
Pottstown, PA 19464


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Taylor Dunham
18291 CR NS 239
Chattanooga, OK 73528


TCF Equipment Finance
Lockbox #771922
Chicago, IL 60677-1009


Techprint Inc.
137 Marston Street
Lawrence, MA 01841


Tennessee Dept of Revenue
Andrew Jackson State Office Bldg.
Nashville, TN 37242


TGI
c/o De Lage Landen Financial Svces, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087

TGI Office Automation Lease
c/o De Lage Landen Financial Svces, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087


Tim Niekrewsicz
11 Creekside Lane
Pleasant Valley, NY 12569


Tollfreeforwarding.com
5959 W Century Blvd, 11th floor
Los Angeles, CA 90045-5475


Tullis-Dickerson & Co., Inc.
Att: Jim Tullis
One Stamford Place, 12th Floor
263 Tresser Blvd.
Stamford, CT 06901


Tullis-Dickerson Capital Focus III, LP
Att: Jim Tullis
One Stamford Place, 12th Floor
263 Tresser Blvd.
Stamford, CT 06901


U.S. Bank
PO Box 790448
Saint Louis, MO 63179


University of Miami
Att: Maria Nobo, Neurology Dept
1120 NW 14th Street, #1372
Miami, FL 33136


US Bank
US Bancorp Business Equip
1310 Madrid Street
Marshall, MN 56258


Vaunita Bauer
2509 Abbey Rd
Jonesboro, AR 72401

Vengroff Williams and Associates, Inc.
PO Box 2189
Stanton, CA 90680


Verio
PO Box 650091
Dallas, TX 75265-0091


Verizon
1000 Jeter Avenue
Opelika, AL 36803


Verizon Wireless
1000 Jeter Avenue
Opelika, AL 36803


Victor Broceaux
3500 Mystic Point Drive, Apt 3601
Miami, FL 33180


Viewfinders Low Vision Services
10001 West Bell Road #115
Sun City, AZ 85351


Virgina Worley
650 Phipps Blvd NE Apt 6107
Atlanta, GA 30326


Von Lieres Brachmann Schulze
Grillparzerstrasse 12A
Munchen, Germany 81675


Waiquamdee Narit
1717 Camino De Villas
Burbank, CA 91501


Walter Arnold
1200 Walker Street
Iron Mountain, MI 49801


Warren Wilhelm
38711 Rd 705
Mc Cook, NE 69001

Wayne Baletki
830 Airport Road
Kenora Ontario P9N0A9


West Coast Eye Care
15640 New Hampshire Court
Fort Myers, FL 33908


William Cox
22625 Wood Shadow Lane
Lake Forest, CA 92630


William Foege
10610 SW Cowan Drive NE
Vashon, WA 98070


William Giese
133 Edgewood Road
Ardmore, PA 19003


William Harrison
4920 New Providence Ave
Tampa, FL 33629


William Meyer
2037 Trailcrest Lane #7
Saint Louis, MO 63122


Windstream
Att: Support Services
PO Box 9001908
Louisville, KY 40290-1908


Wolers Kluwer Pharma Solutions
15896 Collections Center Drive
Chicago, IL 60693


Yeah Wah
3601 Mont Kiara
KL 50480 Malaysia


Yuri Antanovich
2717 N Mildred Ave
Chicago, IL 60614

```
Zurvahn, LLC
Att: Gleyd Pastore
6601 Lyons Road Suite 300
Boca Raton, FL 33431
```