UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

NOVAVISION, INC.                    CASE NO.
                                    CHAPTER 7
            Debtor         /

**CORPORATE OWNERSHIP STATEMENT**
PURSUANT TO BANKRUPTCY RULE 1007(a)(1)

      Pursuant to Federal Rules of Bankruptcy Procedure 7007-1, and to enable the Judges to evaluate possible disqualification or recusal, NovaVision, Inc., a Florida corporation, Limited Liability Company, by and through Holger Weis, Vice President and Chief Financial Officer, hereby certifies the following corporations (Limited Partnership) (Limited Liability Company) or entities directly own ten percent (10%) or more of any class of the corporation's (Limited Partnership) (Limited Liability Company) equity interests, or states that there are no entities to report under FRBP 7007.1, as follows:

| Entity: | Type of Stock | Number of shares |
|---|---|---|
| Mountain Top Associates | Common | 576,000 |
| Crossbow Equity Partners | Common | 50,016 |
| Crossbow Equity Partners | Series A1 Preferred | 500,001 |
| Crossbow Equity Partners | Series B Preferred | 187,500 |
| Crossbow Equity Partners | Series B Preferred Warrants | 15,000 |
| Crossbow Equity Partners | Series C-2 Preferred | 112,028 |
| Noro Moseley Partners V | Series A1 Preferred | 625,000 |
| Noro Moseley Partners V | Series B Preferred | 234,375 |
| Noro Moseley Partners V | Series B Preferred Warrants | 18,750 |
| Noro Moseley Partners V | Series C Preferred Warrants | 140,035 |
| Noro Moseley Partners V | Series C Warrants | 29,277 |
| Noro Moseley Partners V-B | Series A1 Preferred | 208,333 |
| Noro Moseley Partners V-B | Series B Preferred | 78,125 |
| Noro Moseley Partners V-B | Series B Preferred Warrants | 6,250 |
| Noro Moseley Partners V-B | Series C Preferred | 46,678 |
| Noro Moseley Partners V-B | Series C Preferred Warrants | 29,277 |

| | | |
|---|---|---|
| Tullis-Dickerson Capital Focus III | Series B Preferred | 875,000 |
| Tullis-Dickerson Capital Focus III | Series B Preferred Warrants | 70,000 |
| Tullis-Dickerson Capital Focus III | Series C Preferred | 142,581 |
| Tullis-Dickerson Capital Focus III | Series C Warrants | 70,607 |
| Chicago Growth Partners | Series C Preferred | 1,101,322 |
| Chicago Growth Partners | Series C Preferred Warrants | 71,317 |
| Johnson & Johnson Dev Corp | Series C Preferred | 471,977 |
| Johnson & Johnson Dev Corp | Series C Preferred Warrants | 52,171 |

DATED: April 28, 2010

DEBTOR: NovaVision, Inc.

By _____
Holger Weis as Vice President and
Chief Financial Officer